1  Erich P. Wise/State Bar No. 63219
   erichw@fdw-law.com
2  FLYNN, DELICH & WISE LLP
3  One World Trade Center, Suite 1800
   Long Beach, CA  90831-1800
4  Telephone: (562) 435-2626      Facsimile: (562) 437-7555

5  Attorneys for Defendants
6  TRUMP CARD, INC.
   TIFLOR TRANSPORTATION, LLC (dba TRUMP CARD SAN DIEGO)
7  TRUMP CARD HOLDINGS, INC.
   TRUMP CARD CALIFORNIA, INC.
8  MAGNATE HOLDINGS, LLC
   MAGNATE WORLDWIDE, LLC
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13 THE BOARD OF TRUSTEES OF THE          )  Case No.:
   LELAND STANFORD JUNIOR UNIVERSITY, )
14                                        )
15           Plaintiff,                   )  **DEFENDANTS TRUMP CARD, INC.,**
                                          )  **TIFLOR TRANSPORTATION, LLC (DBA**
   v.                                     )  **TRUMP CARD SAN DIEGO), TRUMP**
16                                        )  **CARD HOLDINGS, INC., TRUMP CARD**
17 TRUMP CARD, INC. (a California corporation )  **CALIFORNIA, INC., MAGNATE**
   and LLC); TIFLOR TRANSPORTATION, LLC )  **HOLDINGS, LLC, AND MAGNATE**
18 (a California LLC) (dba TRUMP CARD SAN )  **WORLDWIDE, LLC'S NOTICE OF**
   DIEGO); TRUMP CARD HOLDINGS, INC. (a )  **REMOVAL OF ACTION UNDER 28**
19 California corporation and LLC); TRUMP CARD )  **U.S.C. § 1441(a)**
   CALIFORNIA, INC. (a California corporation )
20 and LLC); SIMPATICO, INC. (a California )  **(FEDERAL QUESTION)**
   corporation); MAGNATE HOLDINGS, LLC )
21 (corporate status unknown); MAGNATE    )  28 U.S.C. § 1331, §1337(a), 1441(a)
   WORLDWIDE, LLC (an Illinois LLC);      )  49 U.S.C. § 14706(d)
22 GHUMAN TRANSPORT CORPORATION (a )
23 California corporation); BIRKIRAN SINGH (a )
   California resident); RAPID TRUCKING, LLC (a )
24 California corporation and LLC); TRANS  )
   XPRESS LINE, INC. (a California corporation )
25 and LLC); JERMAINE MARKEES TURNER (a )
26 California resident); and DOES 1 through 50, )
   inclusive,                             )
27                                        )
28           Defendants.                  )

─────────────────────────────────────────────
Defendants Trump Card, Inc., Tiflor Transportation, LLC (dba Trump Card San Diego), Trump Card Holdings, Inc.,
Trump Card California, Inc., Magnate Holdings, LLC, and Magnate Worldwide, LLC's Notice of Removal of Action
Under 28 U.S.C. § 1441

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendants Magnate Worldwide, LLC, Magnate Holdings, LLC, Trump Card Holdings, Inc., Trump Card California, Inc., Trump Card, Inc., and Tiflor Transportation, LLC dba Trump Card San Diego (hereinafter "Petitioners"), hereby remove the above-entitled action from state court to the United States District Court, Northern District of California, on the following grounds:

1. On December 14, 2017, an action was commenced in the Superior Court of the State of California, County of San Mateo, entitled *The Board of Trustees of the Leland Stanford Junior University, Plaintiffs vs. Trump Card, Inc.; Tiflor Transportation, LLC (dba Trump Card San Diego); Trump Card Holdings, Inc.; Trump Card California, Inc.; Simpatico, Inc.; Magnate Holdings, LLC; Magnate Worldwide, LLC; Ghuman Transport Corporation; Birkiran Singh; Rapid Trucking, LLC; Tranx Xpress Line, Inc; Jermaine Markeese Turner; and Does 1 to 50, inclusive, Defendants,* as case number 17CIV05727.

2. On February 6, 2018, Plaintiff filed an Amendment to the Complaint, substituting Landstar System, Inc. and Pride Logistics for Doe Defendants 1 and 2.

3. On February 21, 2018, Plaintiff filed an Amendment to the Complaint, correcting the name of Doe Defendant 1 from Landstar System, Inc. to Landstar Express America, Inc.

4. Petitioners were served with the Summons and Complaint on February 8, 2018.

5. This action is civil in nature and is brought by Plaintiff to recover damages relating to claims of property loss, breach of contract and negligence relating to cargo that was damaged on or about January 24, 2017 while the cargo was being transported by motor carrier in interstate commerce.

6. In the Complaint, Plaintiff alleges that Petitioners, along with Defendants Simpatico, Inc., Ghuman Transport Corporation, Birkiran Singh, Rapid Trucking, LLC, and Does 1-20 ("Contracting Defendants") "were engaged in the business of interstate and intrastate transportation of goods, and owned, operated, controlled, drove, and managed

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1

---

Defendants Trump Card, Inc., Tiflor Transportation, LLC (dba Trump Card San Diego), Trump Card Holdings, Inc., Trump Card California, Inc., Magnate Holdings, LLC, and Magnate Worldwide, LLC's Notice of Removal of Action Under 28 U.S.C. § 1441

vehicles for that purpose." Plaintiff has asserted causes of action for breach of contract and negligence against the Contracting Defendants, who Plaintiff claims were contracted to "transport a device known as a 'wiggler' from Lemont, Illinois to Plaintiff's facility in Menlo Park, California", when Contracting Defendants' vehicle was involved in an accident on January 24, 2017 in New Mexico, resulting in damage to the wiggler.

7.     Plaintiff further alleges that Defendants Trans Xpress Line, Inc., Jermaine Markees Turner, and Does 21-30 (the "Non-Contract Defendants") were "engaged in the business of interstate and intrastate transportation of goods, and owned, operated, controlled, drove, and managed vehicles for that purpose." Plaintiff alleges that the Non-Contracting Defendants were negligently "operating their vehicle on a public roadway in the State of New Mexico when [they] were involved in a subsequent accident near the location of the first accident involving the Contracting Defendants' vehicle, resulting in further damage to and the near destruction of the 'wiggler' being transported by the Contracting Defendants."

8.     **Jurisdiction:** Based on the foregoing, the allegations of the Complaint establish that this is an action involving alleged loss of goods or damage to goods arising out of the interstate carriage of those goods by a motor common carrier. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, §1337(a), and 49 U.S.C. § 14706(d), and the case may be removed to this Court by Petitioners under 28 U.S.C. § 1441(a) because Plaintiff's claims arise under 49 U.S.C. § 14706 and any state law claims are preempted by 49 U.S.C. § 14706. *Hall v. North American Van Lines, Inc.*, 476 F.3d 683, 688 (9th Cir. 2007).

9.     **Intradistrict Assignment:** Under Local Rule 3-2(c), this action should be assigned to the San Francisco Division or the Oakland Division because the state court action is pending in San Mateo County.

10.     Counsel for defendants Rapid Trucking, LLC and Landstar Express America, Inc. have advised that they consent to removal of this action. No other defendants have appeared in this action. On March 7, 2018, Gina Beltramo, Esq. of Coddington, Hicks & Danforth, counsel for Defendants Birkiran Singh and Ghuman Transportation Corporation, advised that she has not received instructions from her clients regarding whether they consent

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1  to removal of this action. Ms. Beltramo advised she will contact Petitioners as soon as she

2  receives instructions from her clients. Although Plaintiff has filed Proofs of Service of

3  Summons on Defendants Simpatico, Inc. and Jermaine Markees Turner, Petitioners are unable

4  to confirm whether these Defendants consent to removal as they have yet to appear in this

5  action and Petitioners were unable to locate contact information for these Defendants.

6  Although Plaintiff has filed a Proof of Service of Summons on Pride Logistics, on March 7,

7  2018, Richard Thorne, the agent for service of process for Pride Logistics advised that he was

8  never served with the Summons and Complaint. On March 7, 2018, Amandeep Rathore, the

9  agent for service of process for Trans Xpress Line, Inc., advised that he has referred the matter

10 to his insurance carrier and was unable to consent to removal without speaking to his insurance

11 carrier. Mr. Rathore advised that he will contact Petitioners after speaking to his insurance

12 carrier.

13      11. Petitioners further file herewith true and correct copies of the Summons and

14 Complaint, filed in the state court, and all other pleadings, process and orders served on

15 Petitioners in the state court action (attached as Exhibit A hereto).

16      WHEREFORE, Petitioners request that the captioned action pending in the Superior

17 Court of the State of California, County of San Mateo, be removed to this United States

18 District Court, Northern District of California, and that all proceedings in the Superior Court of

19 California in the matter be discontinued.

20

21 Dated: March 8, 2018          FLYNN, DELICH & WISE LLP

22

23      By: _____

24               Erich P. Wise
                  Attorneys for Defendants

25               TRUMP CARD, INC.
                  TIFLOR TRANSPORTATION, LLC

26                  (dba TRUMP CARD SAN DIEGO)
                  TRUMP CARD HOLDINGS, INC.

27               TRUMP CARD CALIFORNIA, INC.
                  MAGNATE HOLDINGS, LLC

28               MAGNATE WORLDWIDE, LLC

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

3

**Exhibit A**

1  Keith C. Bower, Esq. (State Bar No. 135243)
   Bower • von Raesfeld
2  (Not a Partnership)
   900 Lafayette Street, Suite 706
3  Santa Clara, CA 95050
   Telephone:  408/261-1200
4  Facsimile:  408/985-9042
   kcb@bowervonraesfeld.com
5
   Attorneys for Plaintiff
6  THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR UNIVERSITY
7

**FILED**
SAN MATEO COUNTY

DEC 1 4 2017

Clerk of the Superior Court

8

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10            COUNTY OF SAN MATEO – UNLIMITED JURISDICTION

                                    17 C I V 0 5 7 2 7

11  THE BOARD OF TRUSTEES OF THE          Case No.:
    LELAND STANFORD JUNIOR
12  UNIVERSITY,                           **COMPLAINT FOR DAMAGES**
                                          **[DAMAGE TO PROPERTY,**
13        Plaintiff,                      **PROPERTY LOSS, BREACH OF**
                                          **CONTRACT, NEGLIGENCE]**
14  v.

15  TRUMP CARD, INC. (a California
    corporation and LLC); TIFLOR
16  TRANSPORTATION, LLC (a California
    LLC) (dba TRUMP CARD SAN DIEGO);
17  TRUMP CARD HOLDINGS, INC. (a
    California corporation and LLC); TRUMP
18  CARD CALIFORNIA, INC. (a California
    corporation and LLC); SIMPATICO, INC. (a
19  California corporation); MAGNATE
    HOLDINGS, LLC (corporate status
20  unknown); MAGNATE WORLDWIDE,
    LLC (an Illinois LLC); GHUMAN
21  TRANSPORT CORPORATION (a
    California corporation); BIRKIRAN SINGH
22  (a California resident); RAPID TRUCKING,
    LLC (a California corporation and LLC);
23  TRANS XPRESS LINE, INC. (a California
    corporation); JERMAINE MARKEES
24  TURNER (a California resident); and DOES
    1 to 50, inclusive;
25
          Defendants.
26

27

28

```
17–CIV–05727
CMP
Complaint
876882
```

BY FAX

-1-
COMPLAINT FOR DAMAGES
[DAMAGE TO PROPERTY, PROPERTY LOSS, BREACH OF CONTRACT, NEGLIGENCE]

1    COMES NOW Plaintiff THE BOARD OF TRUSTEES OF THE LELAND

2  STANFORD JUNIOR UNIVERSITY, and alleges as follows:

3             **ALLEGATIONS COMMON TO EACH CAUSE OF ACTION**

4        1.     Stanford is informed and believes and thereon alleges that all but one of the

5  Defendants referenced above are residents (corporate, LLC or individual) of the State of

6  California.    Stanford alleges that all of the Defendants, and each of them, are legally

7  responsible to Stanford in damages as a consequence of the acts, omissions, breaches of

8  contract, and breaches of other duties implied and imposed by law, all of which led to

9  Stanford's damages as set forth in the instant Complaint.

10       2.     Defendants TRUMP CARD, INC. (a California corporation and LLC); TIFLOR

11  TRANSPORTATION, LLC (a California LLC) (dba TRUMP CARD SAN DIEGO); TRUMP

12  CARD HOLDINGS, INC. (a California corporation and LLC); TRUMP CARD

13  CALIFORNIA, INC. (a California corporation and LLC); SIMPATICO, INC. (a California

14  corporation); MAGNATE HOLDINGS, LLC (corporate status unknown); MAGNATE

15  WORLDWIDE, LLC (an Illinois LLC); GHUMAN TRANSPORT CORPORATION (a

16  California corporation); BIRKIRAN SINGH (a California resident); RAPID TRUCKING, LLC

17  (a California corporation and LLC); and DOES 1 through 20, inclusive, (hereinafter the

18  "Contracting Defendants") contracted with Stanford and/or were subcontractors, employees or

19  agents of a Contracting Defendant, and are liable to Plaintiff for breach of contract, negligent

20  employment, and other associated theories, as alleged more fully below. Defendants TRANS

21  EXPRESS, LINE, INC., JERMAINE MARKEES TURNER and DOES 21 through 40,

22  inclusive (hereinafter the "Non-Contracting Defendants") did not contract directly with

23  Stanford and are responsible for Plaintiff's damages solely on the basis of negligence, negligent

24  employment, or other tortious conduct.

25       3.     Stanford is informed and believes that each and every Defendant, in performing

26  the services for Stanford or other associated entities or individuals, or acting within the course

27  and scope of employment or agency of each of the remaining Defendants, acted directly and/or

28  derivatively and as a result each and every Defendant is a co- or joint-tortfeasor, so that the

COMPLAINT FOR DAMAGES
[DAMAGE TO PROPERTY, PROPERTY LOSS, BREACH OF CONTRACT, NEGLIGENCE]

**EXHIBIT A**

5

1   liability alleged in this Complaint inures to each and every Defendant, whether liability is based

2   upon individual activities or omissions implied and inherent within said agency and/or

3   employment, or otherwise.

4       4.      Stanford is unaware of the true names and capacities, whether individual,

5   corporate, associate, or otherwise of defendants sued herein as DOES 1 through 50, inclusive,

6   and therefore sues these defendants by such fictitious names under the provisions of California

7   Code of Civil Procedure §474 and/or other applicable law.  Stanford will ask leave to amend

8   this Complaint to allege said defendants' true names and capacities when they have been

9   ascertained.  Stanford is informed and believes and thereon alleges that each of the fictitiously

10  named defendants is negligently responsible in some manner or otherwise legally responsible

11  for the occurrences and damages herein described.

12      5.      Stanford is informed and believes and thereon alleges that at all times herein

13  mentioned Defendants TRUMP CARD, INC. (a California corporation and LLC); TIFLOR

14  TRANSPORTATION, LLC (a California LLC) (dba TRUMP CARD SAN DIEGO); TRUMP

15  CARD HOLDINGS, INC. (a California corporation and LLC);  TRUMP CARD

16  CALIFORNIA, INC. (a California corporation and LLC); SIMPATICO, INC. (a California

17  corporation); MAGNATE HOLDINGS, LLC (corporate status unknown); MAGNATE

18  WORLDWIDE, LLC (an Illinois LLC); GHUMAN TRANSPORT CORPORATION (a

19  California corporation); BIRKIRAN SINGH (a California resident); RAPID TRUCKING, LLC

20  (a California corporation and LLC); and DOES 1 through 20, inclusive, and each of them (the

21  "Contracting Defendants,") were the agents, servants, employers and/or employees of each the

22  other Contracting Defendants and in doing the things hereinafter alleged were acting within the

23  scope of such agency, service and/or employment and with the permission and consent of said

24  Contracting Defendants referenced in this paragraph. Stanford is also informed and believes

25  and thereon alleges that at all times herein mentioned, each of the Contracting Defendants was

26  acting within the course and scope of a joint venture with each of the other Contracting

27  Defendants, and on that basis alone, each contracting Defendant owes a duty to hold Stanford

28  harmless in respect of the breach of contract, negligence, or other legal theories underpinning

-3-
COMPLAINT FOR DAMAGES
[DAMAGE TO PROPERTY, PROPERTY LOSS, BREACH OF CONTRACT, NEGLIGENCE]

EXHIBIT A
6

1   all of the Defendants' liabilities to Stanford herein.

2       6.      Stanford is informed and believes and thereon alleges that at all times herein
3   mentioned Defendants TRANS XPRESS LINE, INC., JERMAINE MARKEES TURNER, and
4   DOES 21 through 40, inclusive (the "Non-Contracting Defendants") were the agents, servants,
5   employers and/or employees of each of the other Non-Contracting Defendants and in doing the
6   things hereinafter alleged were acting within the scope of such agency, service and/or
7   employment and with the permission and consent of said Non-Contracting Defendants
8   referenced in this paragraph. Stanford is also informed and believes and thereon alleges that at
9   all times herein mentioned each and every one of the Non-Contracting Defendants was acting
10  within the course and scope of a joint venture with each other and each of the other
11  Non-Contracting Defendants, and on that basis alone, each said Defendant owes a duty to hold
12  Stanford harmless in respect of the negligence or other legal theories underpinning all of the
13  Defendants' liabilities to Stanford herein.

14      7.      Stanford is informed and believes and thereon alleges that at all times herein
15  mentioned the Contracting Defendants, and each of them, were engaged in the business of
16  interstate and intrastate transportation of goods, and owned, operated, controlled, drove, and
17  managed vehicles for that purpose. Said Contracting Defendants, and each of them, at all times
18  relevant were aware that their failure to professionally and competently perform the services
19  they were contracted to perform, i.e., to safely transport from Lemont, Illinois to Plaintiff's
20  facility in the City of Menlo Park, County of San Mateo, California, a device used in a particle
21  accelerator, could and would result in significant financial losses to Stanford. Said device is a
22  series of magnets designed to periodically laterally deflect ('wiggle') a beam of charged
23  particles, such as electrons. Said device is colloquially and will hereafter be referred to a
24  "wiggler." Stanford reasonably relied at all times relevant upon said Contracting Defendants to
25  provide transportation services in a competent manner so as to safely transport the "wiggler"
26  from Illinois to California. However, said Contracting Defendants breached this contract and
27  obligation, thus causing the "wiggler" to be damaged en route to California, resulting in the
28  damages herein claimed.

-4-

COMPLAINT FOR DAMAGES
[DAMAGE TO PROPERTY, PROPERTY LOSS, BREACH OF CONTRACT, NEGLIGENCE]

EXHIBIT A

7

1    8.    Stanford is further informed and believes and thereon alleges that the
2  Non-Contracting Defendants and each of them, were engaged in the business of interstate and
3  intrastate transportation of goods, and owned, operated, controlled, drove, and managed
4  vehicles for that purpose. Said Non-Contracting Defendants owed a legal duty to others,
5  including Stanford, to conduct themselves properly and at all times within the law and not to
6  conduct themselves negligently, carelessly, recklessly, or otherwise so as to cause harm to
7  others, including Stanford and its property interests as set forth herein. However, despite such
8  duty, said Non-Contracting defendants operated their vehicle negligently, carelessly, recklessly,
9  and otherwise wrongfully, so as to directly and legally cause Stanford's losses as herein
10  claimed.

11    9.    Stanford is informed and believes and thereon alleges that at all times herein
12  mentioned the Contracting Defendants undertook to transport the "wiggler" from Lemont,
13  Illinois to Plaintiff's facility in the City of Menlo Park, County of San Mateo, California. On or
14  about January 24, 2017, Defendants' vehicle was involved in an accident (hereinafter referred
15  to as "the first accident") in the State of New Mexico, resulting in damage to the "wiggler" and
16  resulting in Plaintiff's losses as herein claimed.

17    10.   Stanford is informed and believes and thereon alleges that at all times herein
18  mentioned the Non-Contracting Defendants, and each of them, were operating their vehicle on
19  a public roadway in the State of New Mexico when said Non-Contracting Defendants were
20  involved in a subsequent accident (hereinafter referred to as "the second accident") near the
21  location of the first accident involving the Contracting Defendants' vehicle, resulting in further
22  damage to and the near destruction of the "wiggler" being transported by the Contracting
23  Defendants as above-described.

24    11.   As a direct and legal result of the negligence, carelessness, and recklessness of
25  Defendants, and each of them, Plaintiff Stanford has been injured by way of damage to and the
26  near destruction of the scientific property known as the "wiggler," for the cost of the
27  transportation of the "wiggler" from the scene of the accidents in New Mexico to a repair
28  facility in Lemont, Illinois, for the repair of the said "wiggler," and for other damages

-5-
COMPLAINT FOR DAMAGES
[DAMAGE TO PROPERTY, PROPERTY LOSS, BREACH OF CONTRACT, NEGLIGENCE]

EXHIBIT A
8

1    according to proof.

2      12.   As a further direct and legal result of the negligence, carelessness and

3    recklessness of Defendants, and each of them, and the resulting losses and damages as

4    hereinbefore described, Stanford is entitled to pre-judgment interest at the legal rate according

5    to proof and in an amount to be determined, and is also entitled to attorney's fees as allowable

6    by law and by contract.

7      13.     Venue and jurisdiction properly lies within the County of San Mateo, State of

8    California as the contract for delivery of the "wiggler" to Stanford's facility in the City of

9    Menlo Park, County of San Mateo, State of California was entered into in the City of

10    Menlo Park, County of San Mateo, State of California.   The Superior Court of the State of

11    California is the proper jurisdiction and forum for the determination of the rights and liabilities

12    of the parties herein.

13      **WHEREFORE**, Stanford prays for judgment as hereinafter set forth.

14                     **FIRST CAUSE OF ACTION**

15         **Breach of Contract against Contracting Defendants:**
**TRUMP CARD, INC. (a California corporation and LLC); TIFLOR**

16    **TRANSPORTATION, LLC (a California LLC) (dba TRUMP CARD SAN DIEGO);**
**TRUMP CARD HOLDINGS, INC. (a California corporation and LLC); TRUMP CARD**

17    **CALIFORNIA, INC. (a California corporation and LLC); SIMPATICO, INC. (a**
**California corporation); MAGNATE HOLDINGS, LLC (corporate status unknown);**

18    **MAGNATE WORLDWIDE, LLC (an Illinois LLC); GHUMAN TRANSPORT**
**CORPORATION (a California corporation); BIRKIRAN SINGH (a California resident);**

19    **RAPID TRUCKING, LLC (a California corporation and LLC); and DOES 1 through 20,**
**inclusive**

20

21      14.     Plaintiff re-alleges and incorporates by this reference as though fully set forth

22    herein the allegations of paragraphs 1-13, inclusive.

23      15.     Plaintiff and the "Contracting Defendants", including TRUMP CARD, INC. (a

24    California corporation and LLC); TIFLOR TRANSPORTATION, LLC (a California LLC)

25    (dba TRUMP CARD SAN DIEGO); TRUMP CARD HOLDINGS, INC. (a California

26    corporation and LLC); TRUMP CARD CALIFORNIA, INC. (a California corporation and

27    LLC); SIMPATICO, INC. (a California corporation); MAGNATE HOLDINGS, LLC

28    (corporate status unknown); MAGNATE WORLDWIDE, LLC (an Illinois LLC); GHUMAN

COMPLAINT FOR DAMAGES
[DAMAGE TO PROPERTY, PROPERTY LOSS, BREACH OF CONTRACT, NEGLIGENCE]

**EXHIBIT A**
**9**

1  TRANSPORT CORPORATION (a California corporation); BIRKIRAN SINGH (a California
2  resident); RAPID TRUCKING, LLC (a California corporation and LLC); and DOES 1 through
3  20, inclusive, engaged in a contractual relationship by which Defendants agreed to faithfully,
4  professionally, reasonably, safely, and in good faith and fair dealing transport a device known
5  as a "wiggler" from Lemont, Illinois to Plaintiff's facility in Menlo Park, California.  Plaintiff
6  fulfilled all of the requirements of the above-mentioned contract.  However, on or about
7  January 24, 2017, Defendants, and each of them, breached their duty to faithfully,
8  professionally, reasonably, safely, and in good faith and fair dealing perform the referenced
9  services in a competent manner.

10      16.    Defendants' breach of the contract above-described has resulted in property and
11  other damages to Plaintiff, according to proof.

12      17.    The contract between Stanford and the "Contracting Defendants", and each of
13  them, may potentially call for an award of attorney's fees and costs in the event of a breach or
14  other act, error, and/or omission.  Therefore, Stanford prays for an award of attorney's fees,
15  interest, and costs as against all Defendants herein mentioned.

16      18.    Stanford does not attach a copy of its contractual arrangements with the
17  Contracting Defendants herein as the same may be subject to privacy rights.  However, a copy
18  of said written contractual arrangements will be made the subject of proper discovery and, in
19  any event, Stanford is informed and believes and thereon alleges that Defendants have such
20  copies in their possession.

21      19.    Stanford is informed and believes and thereon alleges that the value of its claims
22  in this matter well exceed the jurisdictional minimum of this Court (thus the matter is filed in
23  "unlimited" jurisdiction).

24      **WHEREFORE**, Stanford prays for judgment as hereinafter set forth on multiple causes
25  of action (see *infra*).

26  ///
27  ///
28  ///

-7-

**EXHIBIT A**
**10**

1

2

## SECOND CAUSE OF ACTION

### Negligence against all Defendants

3    Plaintiff re-alleges and incorporates by reference as though fully set forth herein the

4  allegations of paragraphs 1-13, inclusive.

5    20.    On or about January 24, 2017, Defendants, and each of them, negligently,

6  carelessly, and recklessly owned, operated, controlled, and drove their vehicles so as to cause

7  two separate single-vehicle accidents, both of which caused damage to Plaintiff's property,

8  namely the "wiggler". Contracting Defendants TRUMP CARD, INC. (a California corporation

9  and LLC); TIFLOR TRANSPORTATION, LLC (a California LLC) (dba TRUMP CARD SAN

10  DIEGO); TRUMP CARD HOLDINGS, INC. (a California corporation and LLC); TRUMP

11  CARD CALIFORNIA, INC. (a California corporation and LLC); SIMPATICO, INC. (a

12  California corporation); MAGNATE HOLDINGS, LLC (corporate status unknown);

13  MAGNATE WORLDWIDE, LLC (an Illinois LLC) and Does 1 – 5, inclusive, were further

14  negligent in the subcontracting of said contract for transport of the "wiggler" to Contracting

15  Defendants GHUMAN TRANSPORTATION CORP. (a California corporation); BIRKIRAN

16  SINGH (a California resident); RAPID TRUCKING (a California corporation and LLC): and

17  Does 6 – 10, inclusive. Contracting Defendants TRUMP CARD, INC. (a California corporation

18  and LLC); TIFLOR TRANSPORTATION, LLC (a California LLC) (dba TRUMP CARD SAN

19  DIEGO); TRUMP CARD HOLDINGS, INC. (a California corporation and LLC); TRUMP

20  CARD CALIFORNIA, INC. (a California corporation and LLC); SIMPATICO, INC. (a

21  California corporation); MAGNATE HOLDINGS, LLC (corporate status unknown);

22  MAGNATE WORLDWIDE, LLC (an Illinois LLC); GHUMAN TRANSPORTATION

23  CORPORATION (a California corporation); RAPID TRUCKING, LLC (a California

24  corporation and LLC); and Does 6 – 10, inclusive and each of them, were further negligent in

25  the hiring of Defendant BIRKIRAN SINGH to operate the vehicle which was to transport the

26  magnetic "wiggler" from Illinois to California, in that said Contracting Defendants, and each

27  of them, knew or should have known that Defendant SINGH did not possess the class of

28  driver's license required to lawfully operate the vehicle to which he was assigned, and was

-8-

EXHIBIT A

11

1   unable to safely operate said vehicle. Non-Contracting Defendants TRANS EXPRESS, LINE,

2   INC. (a California corporation); and DOES 21 through 30, inclusive, were further negligent in

3   the hiring of Defendant JERMAINE MARKEES TURNER in that said Non-Contracting

4   Defendants knew, or should have known, that Defendant JERMAINE MARKEES TURNER

5   was unable to safely operate the vehicle involved in the second accident.

6        21.    As a legal and proximate result of the negligence, recklessness, and carelessness

7   of Defendants, and each of them, Plaintiff has suffered damage to and the near destruction of a

8   magnetic device known as the "wiggler". These multiple breaches of duties to Plaintiff have

9   resulted in Stanford's damages referenced herein.

10       **WHEREFORE**, Stanford prays for judgment as hereinafter set forth on multiple causes

11  of action (see *infra*).

12                      <u>**PRAYER FOR RELIEF**</u>

13       WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as

14  follows:

15       1.    For all consequential breach of contract and tort damages according to proof at

16  the time of trial (which damages well exceed the "unlimited jurisdiction" threshold of this

17  Court);

18       2.    For pre-judgment interest according to proof at the time of trial;

19       3.    For attorney's fees according to proof at the time of trial;

20       4.    For costs of suit incurred herein; and,

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-9-

COMPLAINT FOR DAMAGES
[DAMAGE TO PROPERTY, PROPERTY LOSS, BREACH OF CONTRACT, NEGLIGENCE]

1         5.     For such other and further relief as the Court may deem just and proper under

2  the circumstances.

3                                    Respectfully Submitted,

4                                      BOWER • von RAESFELD

5

6  Dated:  December 13, 2017            by: _____

7                                    Keith C. Bower
                                     Attorney for Defendant

8                                    THE BOARD OF TRUSTEES OF THE
                                    LELAND STANFORD JUNIOR

9                                    UNIVERSITY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-10-

COMPLAINT FOR DAMAGES
[DAMAGE TO PROPERTY, PROPERTY LOSS, BREACH OF CONTRACT, NEGLIGENCE]

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
KEITH C. BOWER, ESQ.      SBN: 135243
Bower von Rosenfeld
900 Lafayette Street, Suite 706, SANTA CLARA, CA 95050
TELEPHONE NO.: 408-261-1200      FAX NO.: 408-985-9042
ATTORNEY FOR (Name): STANFORD UNIVERSITY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Southern Branch: Hall of Justice and Records

CASE NAME: THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY v. TRUMP CARD, INC., et al.

ENDORSED FILED
SAN MATEO COUNTY
DEC 1 4 2017
Clerk of the Superior Court
By UNA FINAU
DEPUTY CLERK

CASE NUMBER: 17CIV05727

CIVIL CASE COVER SHEET

[X] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less)

Complex Case Designation
[ ] Counter   [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

Auto Tort
[ ] Auto (22)
[ ] Uninsured motorist (46)

Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

Non-PI/PD/WD (Other) Tort
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

Employment
[ ] Wrongful termination (36)
[ ] Other employment (15)

Contract
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

Real Property
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

Unlawful Detainer
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

Judicial Review
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

Enforcement of Judgment
[ ] Enforcement of judgment (20)

Miscellaneous Civil Complaint
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

Miscellaneous Civil Petition
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify): TWO
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: December 14, 2017

KEITH C. BOWER, ESQ.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

NOTICE
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CIVIL CASE COVER SHEET

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

EXHIBIT A
14

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

To Plaintiffs and Others Filing First Papers. If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

To Parties in Rule 3.740 Collections Cases. A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

To Parties in Complex Cases. In complex cases, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)--Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) (if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto)

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability (not asbestos or
toxic/environmental) (24)
Medical Malpractice (45)
Medical Malpractice--
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) (not civil
harassment) (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
(not medical or legal)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract (not unlawful detainer
or wrongful eviction)
Contract/Warranty Breach--Seller
Plaintiff (not fraud or negligence)
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case--Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage (not provisionally
complex) (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property (not eminent
domain, landlord/tenant, or
foreclosure)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ--Administrative Mandamus
Writ--Mandamus on Limited Court
Case Matter
Writ--Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal--Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
(arising from provisionally complex
case type listed above) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment (non-
domestic relations)
Sister State Judgment
Administrative Agency Award
(not unpaid taxes)
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (not specified
above) (42)
Declaratory Relief Only
Injunctive Relief Only (non-
harassment)
Mechanics Lien
Other Commercial Complaint
Case (non-tort/non-complex)
Other Civil Complaint
(non-tort/non-complex)

**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition (not specified
above) (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

**CIVIL CASE COVER SHEET**

**EXHIBIT A**

**15**

## NOTICE OF CASE MANAGEMENT CONFERENCE

*The Board of Trustee of the Leland Stanford Junior University*

vs.

*Trump Card, Inc et al*

**FILED**
SAN MATEO COUNTY

DEC 1 4 2017

Clerk of the Superior Court
DEPUTY CLERK

Case No: **17 C I V 0 5 7 2 7**

Date: **APR 2 0 2018**

Time: 9:00 a.m.

Dept. _____ –on Tuesday & Thursday

Dept. __21__ –on Wednesday & Friday

17–CIV–05727
NCMC
Notice of Case Management Conference
876900

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1.  In accordance with applicable California Rules of the Court and local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:
    a)  Serve all named defendants and file proofs of service on those defendants with the court within 60 days of filing the complaint (CRC 201.7).
    b)  Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.
    c)  File and serve a completed Case Management Statement at least 15-days before the Case Management Conference [CRC 212(g)]. Failure to do so may result in monetary sanctions.
    d)  Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 212(f) no later than 30-days before the date set for the Case Management Conference.

2.  If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order to Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.

3.  Continuances of Case Management Conferences are highly disfavored unless good cause is shown.

4.  Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation to ADR and Proposed Order (see attached form). If plaintiff files a Stipulation to ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a completed stipulation to another ADR process (e.g., mediation) 10-days prior to the first scheduled Case Management Conference, the Case Management Conference will be continued for 90-days to allow parties time to complete their ADR session. The court will notify parties of their new Case Management Conference date.

5.  If you have filed a default or a judgment has been entered, your case is not automatically taken off Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.

6.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

7.  The Case Management Judge will issue orders at the conclusion of the conference that may include:
    a)  Referring parties to voluntary ADR and setting an ADR completion date;
    b)  Dismissing or severing claims or parties;
    c)  Setting a trial date.

8.  The Case Management Judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court's website at: www.sanmateocourt.org

*Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least five business days prior to the scheduled conference (see attached CourtCall information).*

**EXHIBIT A**

16

**SUM-100**

## SUMMONS
### *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** TRUMP CARD, INC., (a California corporation and
*(AVISO AL DEMANDADO):* LLC); SEE ATTACHMENT
SUM-200(A) FOR ADDITIONAL DEFENDANTS

**YOU ARE BEING SUED BY PLAINTIFF:** THE BOARD OF TRUSTEES OF
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* THE LELAND STANFORD
JUNIOR UNIVERSITY

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**FILED**
**SAN MATEO COUNTY**

DEC 1 4 2017

Clerk of the Superior Court

DEPUTY CLERK

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* 17 C I V 0 5 7 2 7 |

Superior Court of California, County of San Mateo
400 County Center
Redwood City, California 94063

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: KEITH C. BOWER, ESQ.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Bower von Reasfeld
900 Lafayette Street, Suite 706, SANTA CLARA, CA 95050                    408-261-1200

| DATE: DEC 1 4 2017 | Clerk, by RODINA M. CATALANO | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

17 - CIV - 05727
SUM
Summons Issued / Filed
876884

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder℠

**EXHIBIT A**
**17**

SUM-200(A)

| SHORT TITLE: STANFORD UNIVERSITY v. TRUMP CARD, INC., et al. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties (Check only one box. Use a separate page for each type of party.):

☐ Plaintiff   [X] Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

TIFLOR TRANSPORTATION, LLC (a California LLC) (dba TRUMP CARD SAN DIEGO); TRUMP CARD HOLDINGS, INC. (a California corporation and LLC); TRUMP CARD CALIFORNIA, INC. (a California corporation and LLC); SIMPATICO, INC. (a California corporation; MAGNATE HOLDINGS, LLC (corporate status unknown); MAGNATE WORLDWIDE, LLC (an Illinois LLC); GHUMAN TRANSPORT CORPORATION (a California corporation); BIRKIRAN SINGH (a California resident); RAPID TRUCKING LLC (a California corporation and LLC); TRANS XPRESS LINE, INC. (a California corporation); JERMAINE MARKEES TURNER (a California resident); and DOES 1 to 50, inclusive

Page ___1___ of ___1___

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Westlaw Doc & Form Builder™

EXHIBIT A

18

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br>  TELEPHONE NO.: (408) 261-1200   FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | **FILED**<br>SAN MATEO COUNTY<br>FEB 21 2018<br>Clerk of the Superior Court<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
  STREET ADDRESS: 400 County Center
  MAILING ADDRESS: 400 County Center
  CITY AND ZIP CODE: Redwood City, 94063
  BRANCH NAME: Redwood City

| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>          Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    f.  other (specify documents):
    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
    Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
    of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
    Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
    Arbitration Completion Date

3.  a.  Party served:
        Birkiran Singh (A California Resident)

4.  Address where the party was served:
    2550 East Seville Ave, Anaheim, CA 92806

5.  I served the party
    b.  **by substituted service.** On 2/16/2018 at 8:33 am I left the documents listed in item 2 with or in the presence of:
        John Doe (refused name) / Occupant

    (2)  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of
          abode of the party. I informed him or her of the general nature of the papers.

    (4)  a declaration of mailing is attached.

    (5)  I attached a **declaration of diligence** stating actions taken first to attempt personal service.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  as an individual defendant.

17 - CIV - 05727
PSS
Proof of Service by SUBSTITUTED SERVICE of
989799

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001899

**EXHIBIT A**

19

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University | CASE NUMBER: |
|---|---|
| DEFENDANT: Trump Card, Inc., et al | 17 CIV 05727 |

7.  **Person who served papers**
   a.  Name: Bryan Canas
       Firm: County Process Service, Inc.
   b.  Address: 31 E. Julian Street, San Jose, CA 95112
   c.  Telephone number: (408) 297-6070
   d.  **The fee** for the service was:
   e.  I am:
       (3)  a registered California process server:
            (i)    independent contractor
            (ii)   Registration No.: 1603
            (iii)  County: Riverside

8.  I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/20/18

_____
Bryan Canas
(NAME OF PERSON WHO SERVED PAPERS)

▶  _____
(SIGNATURE)

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                Job Number COP-2018001899

**EXHIBIT A**

20

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | *FOR COURT USE ONLY* |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY:
Keith Bower, Esq (135243)
Bower von-Raesfeld
900 Lafayette Street, Suite 706
Santa Clara, CA 95050

TELEPHONE NO.: (408) 261-1200    FAX NO.: (408) 985-9042
ATTORNEY FOR: Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Redwood City

PLAINTIFF: The Board of Trustees of the Leland Stanford
Junior University
DEFENDANT: Trump Card, Inc., et al

CASE NUMBER:
17 CIV C5727

**DECLARATION OF DUE DILIGENCE**

Ref. No. or File No.:

1. I Bryan Canas, am at least 18 years of age and not a party to this action.

2. Documents to be served:

Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date

3. Party to be served:

Birkiran Singh (A California Resident), 2550 East Seville Ave, Anaheim, CA 92806

4. Details of diligence:

02/07/2018  8:05 PM  Attempted Service. No answer.
02/08/2018  7:13 AM  Attempted Service. No answer.
02/09/2018  1:24 PM  Attempted Service. Per John Doe (Middle Eastern Male approx. 70yrs old), he stated that subject does not live here. He stated that subject bought a home in Moreno Valley and provided subject's phone number 714-452-7113.
02/14/2018 12:00 PM  Received instructions from client/attorney to drop serve at this address no matter what any occupant claims about subject living here or not.
02/16/2018  8:33 AM  Attempted Service - I was informed the defendant does not reside here. Server drop/sub-served documents, per client instruction, to occupant John Doe (refused name).

5. Person attesting to diligence:

Name: Bryan Canas
Firm: County Process Service, Inc.
Address: 31 E. Julian Street, San Jose, CA 95112
Telephone Number: (408) 297-6070
I am a registered California process server: independent contractor
Registration No.: 1603
County: Riverside

**Page 1 of 2**

**DECLARATION OF DUE DILIGENCE**    Job Number COP-2018001899

**EXHIBIT A**
**21**

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University | CASE NUMBER: |
|---|---|
| DEFENDANT: Trump Card, Inc., et al | 17 CIV 05727 |

6.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/20/18

Bryan Canas
(PRINTED NAME)

(SIGNATURE)

**DECLARATION OF DUE DILIGENCE**          Job Number COP-2018001899

**EXHIBIT A**

**22**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>  TELEPHONE NO.: (408) 261-1200    FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**<br>  STREET ADDRESS: 400 County Center<br>  MAILING ADDRESS: 400 County Center<br>  CITY AND ZIP CODE: Redwood City, 94063<br>  BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>        Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| **DECLARATION OF MAILING** | Ref. No. or File No.: |

1.  I, Michael R. Mezzetti, am at least 18 years of age and not a party to this action.

2.  Documents mailed:

    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
    Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
    of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
    Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
    Arbitration Completion Date

3.  A true copy of the documents were sealed in an envelope and placed in the United States mail with First Class postage
    prepaid as follows:

    | | |
    |---|---|
    | Date: | 2/16/2018 |
    | Location: | San Jose, CA |
    | Addressed: | Birkiran Singh (A California Resident), 2550 East Seville Ave, Anaheim,<br>CA 92806 |

4.  Person performing mailing:

    | | |
    |---|---|
    | Name: | Michael R. Mezzetti |
    | Firm: | County Process Service, Inc. |
    | Address: | 31 E. Julian Street, San Jose, CA 95112 |
    | Telephone Number: | (408) 297-6070 |

5.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/18

 

| Michael R. Mezzetti | | |
|---|---|---|
| (PRINTED NAME) | ▶ | (SIGNATURE) |

**DECLARATION OF MAILING**        Job Number COP-2018001899

**EXHIBIT A**

23

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Keith Bower, Esq  (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: (408) 261-1200      FAX NO.: (408) 985-9042<br>ATTORNEY FOR: Plaintiff | **FILED**<br>SAN MATEO COUNTY<br><br>FEB 2 1 2018<br><br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
   STREET ADDRESS: 400 County Center
   MAILING ADDRESS: 400 County Center
   CITY AND ZIP CODE: Redwood City, 94063
   BRANCH NAME: Redwood City

| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>         Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    f. other (specify documents):
    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
    Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
    of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
    Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
    Arbitration Completion Date

3.  a.  Party served:
    Ghuman Transport Corporation (a Californa Corporation)

4.  Address where the party was served:
    7050 Melrose St, Unit C, Buena Park, CA 90621

5.  I served the party
    b.  **by substituted service.** On 2/16/2018 at 8:06 am I left the documents listed in item 2 with or in the presence of:
    Agent, Umair S. Khan, President, by serving Gurpreet Khan, occupant / Authorized To
    Accept
    Description: Age: 40, Sex: m, Race/Skin Color: M.E., Height: 5'6", Weight: 150, Hair: black, Glasses: n

      (2)  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of
          abode of the party. I informed him or her of the general nature of the papers.

      (4)  a declaration of mailing is attached.

      (5)  I attached a **declaration of diligence** stating actions taken first to attempt personal service.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    d.  On behalf of: Ghuman Transport Corporation (a Californa Corporation)
        under the following Code of Civil Procedure section:
          416.10 (corporation)

17 - CIV - 05727
PSS
Proof of Service by SUBSTITUTED SERVICE of
989540

|||||||||||||||||||||||||

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001949

**EXHIBIT A**

24

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University DEFENDANT: Trump Card, Inc., et al | CASE NUMBER: 17 CIV 05727 |
|---|---|

7.   **Person who served papers**
   a.   Name: Bryan Canas
        Firm: County Process Service, Inc.
   b.   Address: 31 E. Julian Street, San Jose, CA 95112
   c.   Telephone number: (408) 297-6070
   d.   **The fee for the service was:**
   e.   I am:
        (3)   a registered California process server:
              (i)    independent contractor
              (ii)   Registration No.: 1603
              (iii)  County: Riverside

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/20/18

_____
           Bryan Canas
     (NAME OF PERSON WHO SERVED PAPERS)

                                                    ▶  _____
                                                                    (SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9                    **PROOF OF SERVICE OF SUMMONS**          Job Number COP-2018001949

**EXHIBIT A**
**25**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: (408) 261-1200    FAX NO.: (408) 985-9042<br>ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS: 400 County Center<br>CITY AND ZIP CODE: Redwood City, 94063<br>BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or File No.: |

1.  I Bryan Canas, am at least 18 years of age and not a party to this action.

2.  Documents to be served:

    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
    Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
    of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
    Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
    Arbitration Completion Date

3.  Party to be served:

    Ghuman Transport Corporation (a Californa Corporation), 7050 Melrose St Unit C, Buena Park,
    CA 90621

4.  Details of diligence:

    02/08/2018  7:45 PM  Attempted Service. No answer.
    02/09/2018  7:33 AM  Attempted Service. No answer.
    02/11/2018 10:30 AM  Attempted Service. Server told by occupant that there is no one at given
                         address who is affiliated with the company and the agent is unknown.
    02/14/2018 12:00 PM  Received instructions from client/attorney to drop serve at this address
                         no matter what any occupant claims about subject living here or not.
    02/16/2018  8:06 AM  Attempted Service - I was informed the agent is unknown at this address
                         and there is no one here affiliated with the company. Drop/sub-service
                         completed, per client instruction, by serving Gurpreet Khan, occupant of
                         residence.

5.  Person attesting to diligence:

    Name: Bryan Canas
    Firm: County Process Service, Inc.
    Address: 31 E. Julian Street, San Jose, CA 95112
    Telephone Number: (408) 297-6070
    I am a registered California process server: independent contractor
    Registration No.: 1603
    County: Riverside

**Page 1 of 2**

**DECLARATION OF DUE DILIGENCE**      Job Number COP-2018001949

**EXHIBIT A**

**26**

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University | CASE NUMBER: |
|---|---|
| DEFENDANT: Trump Card, Inc., et al | 17 CIV 05727 |

6.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   2/20/18

_____
Bryan Canas
(PRINTED NAME)

▶ _____
(SIGNATURE)

**DECLARATION OF DUE DILIGENCE**          Job Number COP-2018001949

**EXHIBIT A**
**27**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: (408) 261-1200    FAX NO.: (408) 985-9042<br>ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS: 400 County Center<br>CITY AND ZIP CODE: Redwood City, 94063<br>BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>          Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| DECLARATION OF MAILING | Ref. No. or File No.: |

1.  I, Michael R. Mezzetti, am at least 18 years of age and not a party to this action.

2.  Documents mailed:

    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
    Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
    of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
    Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
    Arbitration Completion Date

3.  A true copy of the documents were sealed in an envelope and placed in the United States mail with First Class postage
    prepaid as follows:

    Date:              2/16/2018
    Location:          San Jose, CA
    Addressed:         Ghuman Transport Corporation (a Californa Corporation), 7050 Melrose St
                       Unit C, Buena Park, CA 90621

4.  Person performing mailing:

    Name:              Michael R. Mezzetti
    Firm:              County Process Service, Inc.
    Address:           31 E. Julian Street, San Jose, CA 95112
    Telephone Number:  (408) 297-6070

5.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/18

_____          ▶  _____
        Michael R. Mezzetti                                  (SIGNATURE)
         (PRINTED NAME)

DECLARATION OF MAILING                Job Number COP-2018001949

EXHIBIT A
28

POS-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY:**
Keith Bower, Esq (135243)
Bower von-Raesfeld
900 Lafayette Street, Suite 706
Santa Clara, CA 95050

TELEPHONE NO.: (408) 261-1200   FAX NO.: (408) 985-9042
ATTORNEY FOR: Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Redwood City

*FOR COURT USE ONLY*

**FILED**
SAN MATEO COUNTY

FEB 1 5 2018

Clerk of the Superior Court
By _____
DEPUTY CLERK

PLAINTIFF: The Board of Trustees of the Leland Stanford
Junior University
DEFENDANT: Trump Card, Inc., et al

CASE NUMBER
17 CIV 05727

**BY FAX**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specify documents):
   Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
   Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
   of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
   Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
   Arbitration Completion Date

3. a. Party served:
      Jermaine Markees Turner ( A California Resident)

4. Address where the party was served:
   330 "T" Street, Bakersfield, CA 93304

5. I served the party
   b. by substituted service. On 2/9/2018 at 12:30 pm I left the documents listed in item 2 with or in the presence of:
      Ruthina Doe (refused last name) / Co-Occupant
      Description: Age: 51+, Sex: f, Race/Skin Color: A.A., Height: 5'8", Weight: 170, Hair: black, Glasses: n

      (2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of
          abode of the party. I informed him or her of the general nature of the papers.

      (4) a declaration of mailing is attached.

      (5) I attached a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of: Jermaine Markees Turner ( A California Resident)
      under the following Code of Civil Procedure section:
      416.10 (corporation)



17 - CIV - 05727
PSS
Proof of Service by SUBSTITUTED SERVICE of
980815

Judicial Council of California
POS-010 (Rev. January 1, 2007)
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2

Job Number COP-2018001910

**EXHIBIT A**

29

| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|

7.  **Person who served papers**
    a.  Name: Gina A. Calvillo
        Firm: County Process Service, Inc.
    b.  Address: 31 E. Julian Street, San Jose, CA 95112
    c.  Telephone number: (408) 297-6070
    d.  The fee for the service was:
    e.  I am:
        (3)  a registered California process server:
            (i)    independent contractor
            (ii)   Registration No.: 722
            (iii)  County: Kern County

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2|18|18

| Gina A. Calvillo | | |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS) | | (SIGNATURE) |

Judicial Council of California<br>POS-010 [Rev. January 1, 2007]<br>Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001910
**EXHIBIT A**
30

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Keith Bower, Esq  (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>  TELEPHONE NO.: (408) 261-1200     FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO | |
|---|---|
| STREET ADDRESS: 400 County Center<br>MAILING ADDRESS: 400 County Center<br>CITY AND ZIP CODE: Redwood City, 94063<br>BRANCH NAME: Redwood City | |

| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>          Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727       **BY FAX** |
|---|---|
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or File No.: |

1. I Gina A. Calvillo, am at least 18 years of age and not a party to this action.

2. Documents to be served:

   Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date

3. Party to be served:

   Jermaine Markees Turner ( A California Resident), 330 "T" Street, Bakersfield, CA 93304

4. Details of diligence:

   02/07/2018  8:30 PM  Attempted Service. No answer.
   02/08/2018  8:30 AM  Attempted Service. No answer.
   02/09/2018 12:30 PM  Attempted Service - I was informed the defendant was not in. I subserved
                        co-occupant Ruthina Doe (refused last name).

5. Person attesting to diligence:

   Name: Gina A. Calvillo
   Firm: County Process Service, Inc.
   Address: 31 E. Julian Street, San Jose, CA 95112
   Telephone Number: (408) 297-6070
   I am a registered California process server: independent contractor
   Registration No.: 722
   County: Kern County

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/13/18

Gina A. Calvillo
(PRINTED NAME)                                    ▶                    (SIGNATURE)

Page 1 of 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>  TELEPHONE NO.: (408) 261-1200    FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**<br>  STREET ADDRESS: 400 County Center<br>  MAILING ADDRESS: 400 County Center<br>  CITY AND ZIP CODE: Redwood City, 94063<br>  BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>            Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| **DECLARATION OF MAILING** | Ref. No. or File No.: |

1.    I, Michael R. Mezzetti, am at least 18 years of age and not a party to this action.

2.    Documents mailed:

        Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
        Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
        of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
        Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
        Arbitration Completion Date

3.    A true copy of the documents were sealed in an envelope and placed in the United States mail with First Class postage
    prepaid as follows:

        Date:               2/12/2018
        Location:         San Jose, CA
        Addressed:     Jermaine Markees Turner ( A California Resident), 330 "T" Street,
                     Bakersfield, CA 93304

4.    Person performing mailing:

        Name:              Michael R. Mezzetti
        Firm:               County Process Service, Inc.
        Address:          31 E. Julian Street, San Jose, CA 95112
        Telephone Number:   (408) 297-6070

5.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2|15|18

          Michael R. Mezzetti                  ▶
            (PRINTED NAME)                            (SIGNATURE)

**DECLARATION OF MAILING**               Job Number COP-2018001910

**EXHIBIT A**

**32**



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq  (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: (408) 261-1200     FAX NO.: (408) 985-9042<br>ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY<br><br>F I L E D<br>SAN MATEO COUNTY<br>FEB 1 3 2018<br>Clerk of the Superior Court<br>By ____ |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS: 400 County Center<br>CITY AND ZIP CODE: Redwood City, 94063<br>BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    f. other (specify documents):
    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date

3.  a.  Party served:
        Landstar System, Inc, as Doe 1

    b.  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
        Agent, CT Corporation System by serving Daisy Montenegro / Authorized To Accept

4.  Address where the party was served:
    818 W Seventh St, Ste 930, Los Angeles, CA 90017

5.  I served the party
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 2/8/2018 at 1:50 pm

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    b.  as the person sued under the fictitious name of:
        as Doe 1
    d.  On behalf of: Landstar System, Inc, as Doe 1
        under the following Code of Civil Procedure section:
            416.10 (corporation)



17-CIV-05727
PSP
Proof of Service by PERSONAL SERVICE of
976210

Judicial Council of California<br>POS-010 [Rev. January 1, 2007]<br>Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001911

EXHIBIT A

33

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University | CASE NUMBER: |
|---|---|
| DEFENDANT: Trump Card, Inc., et al | 17 CIV 05727 |

7. **Person who served papers**
   a. Name: Carlos Canas
      Firm: County Process Service, Inc.
   b. Address: 31 E. Julian Street, San Jose, CA 95112
   c. Telephone number: (408) 297-6070
   d. **The fee** for the service was:
   e. I am:
      (3) a registered California process server:
          (i) independent contractor
          (ii) Registration No.: 4571
          (iii) County: Los Angeles

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2\9\16

_____
Carlos Canas
(NAME OF PERSON WHO SERVED PAPERS)

_____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001911

**EXHIBIT A**

34



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>  TELEPHONE NO.: (408) 261-1200    FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY<br><br>FILED<br>SAN MATEO COUNT<br><br>FEB 1 3 2018<br><br>Clerk of the Superior Court |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>  STREET ADDRESS: 400 County Center<br>  MAILING ADDRESS: 400 County Center<br>  CITY AND ZIP CODE: Redwood City, 94063<br>  BRANCH NAME: Redwood City | |
|---|---|

| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>        Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    f.  other (specify documents):
    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
    Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
    of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
    Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
    Arbitration Completion Date; Letter Addressed to Erich Wise, Esq, Dated 02/06/18

3.  a.  Party served:
        Magnate Holdings, LLC (corporate status unknown)

    b.  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under
        item 5b on whom substituted service was made):
        C/O Erich Wise, Esq. / Authorized To Accept

4.  Address where the party was served:
    One World Trade Center, Ste 1800, Long Beach, CA 90831

5.  I served the party
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
        service of process for the party on 2/8/2018 at 12:52 pm

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    d.  On behalf of: Magnate Holdings, LLC (corporate status unknown)
        under the following Code of Civil Procedure section:
        415.95 (business organization, form unknown)

```
17-CIV-05727
PSP
Proof of Service by PERSONAL SERVICE of
976177
```

Page 1 of 2

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9 | PROOF OF SERVICE OF SUMMONS | Job Number COP-2018001901

EXHIBIT A

35

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University | CASE NUMBER: |
|---|---|
| DEFENDANT: Trump Card, Inc., et al | 17 CIV 05727 |

7. **Person who served papers**
   a.  Name: Andrea Gage
       Firm: County Process Service, Inc.
   b.  Address: 31 E. Julian Street, San Jose, CA 95112
   c.  Telephone number: (408) 297-6070
   d.  **The fee** for the service was:
   e.  I am:
       (3)  a registered California process server:
           (i)   independent contractor
           (ii)  Registration No.: 1745
           (iii)  County: Riverside County

8.  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2|9|18

_____
Andrea Gage
(NAME OF PERSON WHO SERVED PAPERS)

▶ _____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Job Number COP-2018001901

EXHIBIT A

36



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette St, Suite 706<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: (408) 261-1200    FAX NO.: (408) 985-9042<br>ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY<br><br>FILED<br>MATEO COUNTY<br>FEB 13 2018<br>of the Superior Court |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS: 400 County Center<br>CITY AND ZIP CODE: Redwood City, 94063<br>BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    f.  other (specify documents):
    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date; Letter Addressed to Erich Wise, Esq, Dated 02/06/18

3.  a.  Party served:
        Magnate Worldwide, LLC (an Illinois LLC)

    b.  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
        C/O Erich Wise, Esq. / Authorized To Accept

4.  Address where the party was served:
    One World Trade Center, Ste 1800, Long Beach, CA 90831

5.  I served the party
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 2/8/2018 at 12:52 pm

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    d.  On behalf of: Magnate Worldwide, LLC (an Illinois LLC)
        under the following Code of Civil Procedure section:
            other: LLC

17-CIV-05727
PSP
Proof of Service by PERSONAL SERVICE of
976202

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001900

EXHIBIT A

37

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| --- | --- |

7. **Person who served papers**
   a. Name: Andrea Gage
      Firm: County Process Service, Inc.
   b. Address: 31 E. Julian Street, San Jose, CA 95112
   c. Telephone number: (408) 297-6070
   d. **The fee for the service was:**
   e. **I am:**
      (3) a registered California process server:
         (i) independent contractor
         (ii) Registration No.: 1745
         (iii) County: Riverside County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2|9|18

Andrea Gage
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001900

**EXHIBIT A**

38

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq  (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>   TELEPHONE NO.: (408) 261-1200       FAX NO.: (408) 985-9042<br>   ATTORNEY FOR: Plaintiff | **FOR COURT USE ONLY**<br><br>**FILED**<br>SAN MATEO COUNTY<br><br>FEB 1 5 2018<br><br>Clerk of the Superior Court |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>   STREET ADDRESS: 400 County Center<br>   MAILING ADDRESS: 400 County Center<br>   CITY AND ZIP CODE: Redwood City, 94063<br>   BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>               Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of:
     f.  other (specifiy documents):
     Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
     Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
     of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
     Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
     Arbitration Completion Date

3.   a.   Party served:
          Pride Logistics as Doe 2

4.   Address where the party was served:
     1776 Hawaii Circle, Costa Mesa, CA 92626

5.   I served the party
     b.   **by substituted service.** On 2/11/2018 at 2:36 pm I left the documents listed in item 2 with or in the presence of:
          Agent, Richard Thorne, by serving John Doe (refused name), Apparently in Charge /
          Authorized To Accept
          Description: Age: 30, Sex: m, Race/Skin Color: cauc., Height: 6', Weight: 190, Hair: brown, Glasses: n

     (3)   **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address
           of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the
           general nature of the papers.

     (4)   a declaration of mailing is attached.

     (5)   I attached a **declaration of diligence** stating actions taken first to attempt personal service.

```
17-CIV-05727
PCSBC
Proof of Service on CORPORATION, LLC, etc.
980788
```

Page 1 of 2

**EXHIBIT A**

39

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| --- | --- |

6.   The "Notice to the Person Served" (on the summons) was completed as follows:
   b.   as the person sued under the fictitious name of:
       as Doe 2
   d.   On behalf of: Pride Logistics as Doe 2
      under the following Code of Civil Procedure section:
         other: LLC

7.   **Person who served papers**
   a.   Name: Bryan Canas
      Firm: County Process Service, Inc.
   b.   Address: 31 E. Julian Street, San Jose, CA 95112
   c.   Telephone number: (408) 297-6070
   d.   **The fee** for the service was:
   e.   I am:
      (3)   a registered California process server:
         (i)    independent contractor
         (ii)   Registration No.: 1603
         (iii)  County: Riverside

8.   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/13/18

_____
Bryan Canas
(NAME OF PERSON WHO SERVED PAPERS)

▶ _____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001953

**EXHIBIT A**
**40**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>  TELEPHONE NO.: (408) 261-1200     FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**<br>  STREET ADDRESS: 400 County Center<br>  MAILING ADDRESS: 400 County Center<br>  CITY AND ZIP CODE: Redwood City, 94063<br>  BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>               Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or File No.: |

1.   I Bryan Canas, am at least 18 years of age and not a party to this action.

2.   Documents to be served:

   Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
   Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
   of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
   Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
   Arbitration Completion Date

3.   Party to be served:

   Pride Logistics as Doe 2, 1776 Hawaii Circle, Costa Mesa, CA

4.   Details of diligence:

   02/08/2018  6:58 PM   Attempted Service. No answer.
   02/09/2018  8:48 AM   Attempted Service. No answer.
   02/11/2018  2:36 PM   Attempted Service - I was informed the Agent was not in. He is the
                         homeowner and it is his normal place of mailing. I subserved occupant of
                         residence John Doe (refused name).

5.   Person attesting to diligence:

   Name: Bryan Canas
   Firm: County Process Service, Inc.
   Address: 31 E. Julian Street, San Jose, CA 95112
   Telephone Number: (408) 297-6070
   I am a registered California process server: independent contractor
   Registration No.: 1603
   County: Riverside

**DECLARATION OF DUE DILIGENCE**     Job Number COP-2018001953
**EXHIBIT A**
**41**

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University | CASE NUMBER: |
|---|---|
| DEFENDANT: Trump Card, Inc., et al | 17 CIV 05727 |

6.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/13/18

_____
Bryan Canas
(PRINTED NAME)

▶  _____
(SIGNATURE)

**DECLARATION OF DUE DILIGENCE**     Job Number COP-2018001953

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | *FOR COURT USE ONLY* |
|---|---|
| Keith Bower, Esq  (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>  TELEPHONE NO.: (408) 261-1200      FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
  STREET ADDRESS: 400 County Center
  MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
  BRANCH NAME: Redwood City

| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>          Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|
| **DECLARATION OF MAILING** | Ref. No. or File No.: |

1.    I, Michael R. Mezzetti, am at least 18 years of age and not a party to this action.

2.    Documents mailed:

      Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
      Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
      of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
      Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
      Arbitration Completion Date

3.    A true copy of the documents were sealed in an envelope and placed in the United States mail with First Class postage
      prepaid as follows:

      Date:              2/13/2018
      Location:          San Jose, CA
      Addressed:         Pride Logistics as Doe 2, 1776 Hawaii Circle, Costa Mesa, CA

4.    Person performing mailing:

      Name:              Michael R. Mezzetti
      Firm:              County Process Service, Inc.
      Address:           31 E. Julian Street, San Jose, CA 95112
      Telephone Number:  (408) 297-6070

5.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/15/18

_____          ▶          _____
     Michael R. Mezzetti                                   
       (PRINTED NAME)                                   (SIGNATURE)

**DECLARATION OF MAILING**          Job Number COP-2018001953

**EXHIBIT A**

**43**

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY:
Keith Bower, Esq (135243)
Bower von-Raesfeld
900 Lafayette Street, Suite 706
Santa Clara, CA 95050

TELEPHONE NO.: (408) 261-1200     FAX NO.: (408) 985-9042
ATTORNEY FOR: Plaintiff

FILED
SAN MATEO COUNTY
FEB 2 6 2018
Clerk of the Superior Court
By _____
DEPUTY CLERK

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Redwood City

PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University
DEFENDANT: Trump Card, Inc., et al

CASE NUMBER:
17 CIV 05727

BY FAX

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
f. other (specify documents):
Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date

3. a. Party served:
Rapid Trucking LLC ( a California Corporation and LLC)

b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
Agent, Gurtej S. Gill, President, by serving Cheryl Gibson, Accounting Manager / Authorized To Accept

4. Address where the party was served:
5822 Price Ave, Ste 104, McClellan Park, CA 95652

5. I served the party
b. by substituted service. On 2/13/2018 at 4:24 pm I left the documents listed in item 2 with or in the presence of:
Agent, Gurtej S. Gill, President, by serving Cheryl Gibson, Accounting Manager / Authorized To Accept

(1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

(4) a declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
d. On behalf of: Rapid Trucking LLC ( a California Corporation and LLC) under the following Code of Civil Procedure section:
416.10 (corporation)

17 - CIV - 05727
PCSBC
Proof of Service on CORPORATION, LLC, etc.
997841

Page 1 of 2

EXHIBIT A
44

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University DEFENDANT: Trump Card, Inc., et al | CASE NUMBER: 17 CIV 05727 |
| --- | --- |

7.  Person who served papers
    a.   Name: Nikifor Yakushchenko
         Firm: County Process Service, Inc.
    b.   Address: 31 E. Julian Street, San Jose, CA 95112
    c.   Telephone number: (408) 297-6070
    d.   The fee for the service was:
    e.   I am:
         (3)  a registered California process server:
              (i)    independent contractor
              (ii)   Registration No.: 2017-16
              (iii)  County: Sacramento

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/22/18

_____
        Nikifor Yakushchenko
     (NAME OF PERSON WHO SERVED PAPERS)

► _____ (SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**                Job Number COP-2018001907

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>90C Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>  TELEPHONE NO.: (408) 261-1200     FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**<br>  STREET ADDRESS: 400 County Center<br>  MAILING ADDRESS: 400 County Center<br>  CITY AND ZIP CODE: Redwood City, 94063<br>  BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>          Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| **DECLARATION OF MAILING** | Ref. No. or File No.: |

1.  I, Michael R. Mezzetti, am at least 18 years of age and not a party to this action.

2.  Documents mailed:

    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
    Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
    of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
    Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
    Arbitration Completion Date

3.  A true copy of the documents were sealed in an envelope and placed in the United States mail with First Class postage
    prepaid as follows:

    Date:           2/14/2018
    Location:       San Jose, CA
    Addressed:      Agent, Gurtej S. Gill, President, by serving Cheryl Gibson, Accounting
                    Manager / Authorized To Accept, 5822 Price Ave, Ste 104, McClellan Park,
                    CA 95652

4.  Person performing mailing:

    Name:             Michael R. Mezzetti
    Firm:             County Process Service, Inc.
    Address:          31 E. Julian Street, San Jose, CA 95112
    Telephone Number: (408) 297-6070

5.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2|21|18

_____          ▶          _____
     Michael R. Mezzetti                                         (SIGNATURE)
        (PRINTED NAME)

**DECLARATION OF MAILING**          Job Number COP-2018001907

**EXHIBIT A**
**46**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: <br> Keith Bower, Esq  (135243) <br> Bower von-Raesfeld <br> 900 Lafayette Street, Suite 706 <br> Santa Clara, CA 95050 <br><br> TELEPHONE NO.: (408) 261-1200      FAX NO.: (408) 985-9042 <br> ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY <br><br> **FILED** <br> SAN MATEO COUNTY <br> FEB 1 5 2018 <br> Clerk of the Superior Court <br> By _____ |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO <br>   STREET ADDRESS: 400 County Center <br>   MAILING ADDRESS: 400 County Center <br>   CITY AND ZIP CODE: Redwood City, 94063 <br>   BRANCH NAME: Redwood City |
|---|

| PLAINTIFF: The Board of Trustees of the Leland Stanford <br>              Junior University <br> DEFENDANT: Trump Card, Inc., et al | CASE NUMBER: <br> 17 CIV 05727 |
|---|---|

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specifiy documents):
   Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date

3. a.  Party served:
       Simpatico, Inc. (a California Corporation

4. Address where the party was served:
   462 Stevens Ave, Ste 303, Solano Beach, CA 92057

5. I served the party
   b. **by substituted service.** On 2/12/2018 at 8:52 am I left the documents listed in item 2 with or in the presence of:
      Agent, Gayle Mayfield – Venieris, by serving Donna Walker, receptionist / Authorized To Accept

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him or her of the general nature of the papers.

   (4) a declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d.  On behalf of: Simpatico, Inc. (a California Corporation
       under the following Code of Civil Procedure section:
          416.10 (corporation)



17-CIV-05727
PCSBC
Proof of Service on CORPORATION, LLC, etc.
980800

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001906

**EXHIBIT A**

47

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|

7.  **Person who served papers**
   a.   Name: Manuel Robles
        Firm: County Process Service, Inc.
   b.   Address: 31 E. Julian Street, San Jose, CA 95112
   c.   Telephone number: (408) 297-6070
   d.   The fee for the service was:
   e.   I am:
        (3)   a registered California process server:
              (i)    independent contractor
              (ii)   Registration No.: 3346
              (iii)  County: San Diego

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/14/18

| Manuel Robles | Manuel Robles |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS) | (SIGNATURE) |

Judicial Council of California<br>POS-010 [Rev. January 1, 2007]<br>Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001906

**EXHIBIT A**

48

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq  (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>  TELEPHONE NO.: (408) 261-1200    FAX NO.: (408) 985-9042<br>  ATTORNEY FOR: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>   STREET ADDRESS: 400 County Center<br>   MAILING ADDRESS: 400 County Center<br>CITY AND ZIP CODE: Redwood City, 94063<br>   BRANCH NAME: Redwood City | |
| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>            Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
| **DECLARATION OF MAILING** | Ref. No. or File No.: |

1.  I, Michael R. Mezzetti, am at least 18 years of age and not a party to this action.

2.  Documents mailed:

    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford
    Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice
    of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement;
    Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding
    Arbitration Completion Date

3.  A true copy of the documents were sealed in an envelope and placed in the United States mail with First Class postage
    prepaid as follows:

    Date:            2/13/2018
    Location:        San Jose, CA
    Addressed:       Simpatico, Inc. (a California Corporation, 462 Stevens Ave, Ste 303,
                     Solano Beach, CA 92057

4.  Person performing mailing:

    Name:              Michael R. Mezzetti
    Firm:              County Process Service, Inc.
    Address:           31 E. Julian Street, San Jose, CA 95112
    Telephone Number:  (408) 297-6070

5.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/15/18

_____
Michael R. Mezzetti
(PRINTED NAME)

▶          _____
                (SIGNATURE)

**DECLARATION OF MAILING**          Job Number COP-2018001906
                                    **EXHIBIT A**
                                    **49**



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: (408) 261-1200     FAX NO.: (408) 985-9042<br>ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY<br><br>F I L E D<br>SAN MATEO COUNTY<br>FEB 1 3 2018<br>Clerk of the Superior Court |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Redwood City

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specify documents):
   Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date; Letter Addressed to Erich Wise, Esq, Dated 02/06/18

3. a. Party served:
      Tiflor Transportation, LLC (a California LLC) (dba Trump Card San Diego)

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
      C/O Erich Wise, Esq. / Authorized To Accept

4. Address where the party was served:
   One World Trade Center, Ste 1800, Long Beach, CA 90831

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 2/8/2018 at 12:52 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   b. as the person sued under the fictitious name of:
      dba Trump Card San Diego
   d. On behalf of: Tiflor Transportation, LLC (a California LLC) (dba Trump Card San Diego)
      under the following Code of Civil Procedure section:
         other: LLC



17-CIV-05727
PSP
Proof of Service by PERSONAL SERVICE of
977114

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001905
**EXHIBIT A**
50

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|

7.  **Person who served papers**
    a.   Name: Andrea Gage
         Firm: County Process Service, Inc.
    b.   Address: 31 E. Julian Street, San Jose, CA 95112
    c.   Telephone number: (408) 297-6070
    d.   **The fee** for the service was:
    e.   I am:
         (3)   a registered California process server:
               (i)    independent contractor
               (ii)   Registration No.: 1745
               (iii)  County: Riverside County

8.  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2|9|18

_____
Andrea Gage
(NAME OF PERSON WHO SERVED PAPERS)

▶  _____
                              (SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001905

**EXHIBIT A**



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: <br> Keith Bower, Esq  (135243) <br> Bower von-Raesfeld <br> 900 Lafayette Street, Suite 706 <br> Santa Clara, CA 95050 <br><br> TELEPHONE NO.: (408) 261-1200      FAX NO.: (408) 985-9042 <br> ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY <br><br> FILED <br> SAN MATEO COUNTY <br> FEB 13 2018 <br> Clerk of the Superior Court |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
  STREET ADDRESS: 400 County Center
  MAILING ADDRESS: 400 County Center
  CITY AND ZIP CODE: Redwood City, 94063
  BRANCH NAME: Redwood City

| PLAINTIFF: The Board of Trustees of the Leland Stanford <br> Junior University <br> DEFENDANT: Trump Card, Inc., et al | CASE NUMBER: <br> 17 CIV 05727 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f.  other (specify documents):
   Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date; Letter Addressed to Erich Wise, Esq, Dated 02/06/18

3. a.  Party served:
      Trump Card California, Inc. (a California corporation and LLC)

   b.  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
      C/O Erich Wise, Esq. / Authorized To Accept

4. Address where the party was served:
   One World Trade Center, Ste 1800, Long Beach, CA 90831

5. I served the party
   a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 2/8/2018 at 12:52 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d.  On behalf of: Trump Card California, Inc. (a California corporation and LLC)
      under the following Code of Civil Procedure section:
         416.10 (corporation)

17 – CIV – 05727
PSP
Proof of Service by PERSONAL SERVICE of
977125

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001902

**EXHIBIT A**

52

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|

7.   **Person who served papers**
  a.   Name: Andrea Gage
        Firm: County Process Service, Inc.
  b.   Address: 31 E. Julian Street, San Jose, CA 95112
  c.   Telephone number: (408) 297-6070
  d.   **The fee** for the service was:
  e.   I am:
        (3)   a registered California process server:
              (i)    independent contractor
              (ii)   Registration No.: 1745
              (iii)  County: Riverside County

8.   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2|9|18

_____
Andrea Gage
(NAME OF PERSON WHO SERVED PAPERS)

▶ _____
(SIGNATURE)

Judicial Council of California<br>POS-010 [Rev. January 1, 2007]<br>Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001902

**EXHIBIT A**

53



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Keith Bower, Esq  (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: (408) 261-1200     FAX NO.: (408) 985-9042<br>ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY<br><br>F I L E D<br>SAN MATEO COUNTY<br><br>FEB 3 2018 |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Redwood City

| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specify documents):
   Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date; Letter Addressed to Erich Wise, Esq, Dated 02/06/18

3. a. Party served:
   Trump Card Holdings, Inc. (a California corporation and LLC)

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
   C/O Erich Wise, Esq. / Authorized To Accept

4. Address where the party was served:
   One World Trade Center, Ste 1800, Long Beach, CA 90831

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 2/8/2018 at 12:52 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of: Trump Card Holdings, Inc. (a California corporation and LLC)
   under the following Code of Civil Procedure section:
   416.10 (corporation)

```
17 - CIV - 05727
PSP
Proof of Service by PERSONAL SERVICE of
976193
```

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001903

**EXHIBIT A**

54

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University<br><br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|

7.   **Person who served papers**
    a.   Name: Andrea Gage
           Firm: County Process Service, Inc.
    b.   Address: 31 E. Julian Street, San Jose, CA 95112
    c.   Telephone number:  (408) 297-6070
    d.   **The fee** for the service was:
    e.   I am:
         (3)   a registered California process server:
              (i)     independent contractor
              (ii)    Registration No.: 1745
              (iii)   County: Riverside County

8.   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/9/18

_____
Andrea Gage
(NAME OF PERSON WHO SERVED PAPERS)

▶ _____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001903

**EXHIBIT A**



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Keith Bower, Esq  (135243)<br>Bower von-Raesfeld<br>900 Lafayette Street, Suite 706<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: (408) 261-1200      FAX NO.: (408) 985-9042<br>ATTORNEY FOR: Plaintiff | *FILED*<br>SAN MATEO COUNTY<br>FEB 1 3 2018<br>Clerk of the Superior Court |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
  STREET ADDRESS: 400 County Center
  MAILING ADDRESS: 400 County Center
  CITY AND ZIP CODE: Redwood City, 94063
  BRANCH NAME: Redwood City

| PLAINTIFF: The Board of Trustees of the Leland Stanford<br>Junior University<br>DEFENDANT: Trump Card, Inc., et al | CASE NUMBER:<br>17 CIV 05727 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    f.  other (specify documents):
    Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date; Letter Addressed to Erich Wise, Esq, Dated 02/06/18

3.  a.  Party served:
       Trump Card, Inc. (a California Corporation and LLC)

    b.  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
       C/O Erich Wise, Esq. / Authorized To Accept

4.  Address where the party was served:
    One World Trade Center, Ste 1800, Long Beach, CA 90831

5.  I served the party
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 2/8/2018 at 12:52 pm

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    d.  On behalf of: Trump Card, Inc. (a California Corporation and LLC)
       under the following Code of Civil Procedure section:
          416.10 (corporation)



17-CIV-05727
PSP
Proof of Service by PERSONAL SERVICE of
976223

Page 1 of 2

EXHIBIT A

56

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University | CASE NUMBER: |
|---|---|
| DEFENDANT: Trump Card, Inc., et al | 17 CIV 05727 |

7. **Person who served papers**
    a.   Name: Andrea Gage
         Firm: County Process Service, Inc.
    b.   Address: 31 E. Julian Street, San Jose, CA 95112
    c.   Telephone number: (408) 297-6070
    d.   **The fee** for the service was:
    e.   I am:
        (3)  a registered California process server:
            (i)     independent contractor
            (ii)    Registration No.: 1745
            (iii)   County: Riverside County

8.   I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/9/18

_____
Andrea Gage
(NAME OF PERSON WHO SERVED PAPERS)

▶        _____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001904

**EXHIBIT A**

57



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY:**
Keith Bower, Esq (135243)
Bower von-Raesfeld
900 Lafayette Street, Suite 706
Santa Clara, CA 95050

TELEPHONE NO.: (408) 261-1200     FAX NO.: (408) 985-9042
ATTORNEY FOR: Plaintiff

**FOR COURT USE ONLY**

# FILED
### SAN MATEO COUNTY

MAR 02 2018

Clerk of the Superior Court

By _____
DEPUTY CLERK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**
STREET ADDRESS: 400 County Center
MAILING ADDRESS: 400 County Center
CITY AND ZIP CODE: Redwood City, 94063
BRANCH NAME: Redwood City

**PLAINTIFF:** The Board of Trustees of the Leland Stanford
Junior University
**DEFENDANT:** Trump Card, Inc., et al

CASE NUMBER:
17 CIV 05727        **BY FAX**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specify documents):
   Summons; Complaint; Civil Case Sheet; Plaintiff the Board of Trustees of the Leland Stanford Junior University's Amendment to Complaint Substituting True Names for Fictious Names; Notice of Case Management Conference; Blank Stipulation to ADR; Blank Case Management Statement; Notice of Unavailability; Statement of Damages; Stipulation and Proposed Order Re Binding Arbitration Completion Date

3. a. Party served:
   Trans Xpress Line, Inc. ( a California Corporation)

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
   Agent, Amandeep Singh Rathore, President / Authorized To Accept

4. Address where the party was served:
   6317 Grant Wood St, Bakersfield, CA 93312

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 2/10/2018 at 1:18 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of: Trans Xpress Line, Inc. ( a California Corporation)
   under the following Code of Civil Procedure section:
   416.10 (corporation)

17 – CIV – 05727
PSP
Proof of Service by PERSONAL SERVICE of
1011989

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001908

**EXHIBIT A**

58

| PLAINTIFF: The Board of Trustees of the Leland Stanford Junior University | CASE NUMBER: |
|---|---|
| DEFENDANT: Trump Card, Inc., et al | 17 CIV 05727 |

7. **Person who served papers**
   a. Name: Cheyenne B. Safley
      Firm: County Process Service, Inc.
   b. Address: 31 E. Julian Street, San Jose, CA 95112
   c. Telephone number: (408) 297-6070
   d. The fee for the service was:
   e. I am:
      (3) a registered California process server:
          (i) independent contractor
          (ii) Registration No.: 620
          (iii) County: Kern Co.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8|11|18

_____
Cheyenne B. Safley
(NAME OF PERSON WHO SERVED PAPERS)

▶ _____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number COP-2018001908

**EXHIBIT A**
**59**



1   Keith C. Bower, Esq. (State Bar No. 135243)
    Bower · von Raesfeld
2   (Not a Partnership)
    900 Lafayette Street, Suite 706
3   Santa Clara, CA 95050
    Telephone:  408/261-1200
4   Facsimile:   408/985-9042
    kcb@bowervonraesfeld.com
5
    Attorneys for Plaintiff
6   THE BOARD OF TRUSTEES OF THE
    LELAND STANFORD JUNIOR UNIVERSITY
7

**FILED**
SAN MATEO COUNTY

FEB 2 1 2018

Clerk of the Superior Court
By _____
DEPUTY CLERK

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              COUNTY OF SAN MATEO – UNLIMITED JURISDICTION

**BY FAX**

10  THE BOARD OF TRUSTEES OF THE        Case No.: 17 CIV 05727
    LELAND STANFORD JUNIOR
11  UNIVERSITY,                          **PLAINTIFF'S AMENDMENT TO
                                         COMPLAINT CORRECTING NAME**
12          Plaintiff,                   **OF DOE 1**

13  v.

14  TRUMP CARD, INC. (a California       Complaint Filed:   December 14, 2017
15  corporation and LLC); TIFLOR         Trial Date:   TBA   FAXED
    TRANSPORTATION, LLC (a California
16  LLC) (dba TRUMP CARD SAN DIEGO);
    TRUMP CARD HOLDINGS, INC. (a
17  California corporation and LLC); TRUMP
    CARD CALIFORNIA, INC. (a California
18  corporation and LLC); SIMPATICO, INC. (a
    California corporation); MAGNATE
19  HOLDINGS, LLC (corporate status
20  unknown); MAGNATE WORLDWIDE,
    LLC (an Illinois LLC); GHUMAN
21  TRANSPORT CORPORATION (a
    California corporation); BIRKIRAN SINGH
22  (a California resident); RAPID TRUCKING,
    LLC (a California corporation and LLC);
23  TRANS XPRESS LINE, INC. (a California
24  corporation); JERMAINE MARKEES
    TURNER (a California resident); and DOES
25  1 to 50, inclusive;

26          Defendants.

27

28

17 – CIV – 05727
ATC
Amendment to Complaint
989545


-1-
PLAINTIFF'S AMENDMENT TO COMPLAINT CORRECTING NAME OF DOE 1

**EXHIBIT A**
**60**

1    Plaintiff, THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR

2   UNIVERSITY hereby amends its amendment to complaint substituting true name for fictitious

3   name, filed February 6, 2018, to correct the name of DOE Defendant 1, sued herein as Landstar

4   System, Inc., to Landstar Express America, Inc.

5                                                  Respectfully Submitted,

6                                                  BOWER • von RAESFELD

7

8   Dated: February 20, 2018                by:_____

9                                                  Keith C. Bower
                                                   Attorney for Plaintiff
10                                                 THE BOARD OF TRUSTEES OF THE
                                                   LELAND STANFORD JUNIOR
                                                   UNIVERSITY
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
PLAINTIFF'S AMENDMENT TO COMPLAINT CORRECTING NAME OF DOE 1

1   **Stanford University v. Trump Card, Inc., et al.**
    Santa Clara County Superior Court Case No.: **17-CIV-05727**

2
                                **PROOF OF SERVICE**
3        I am over the age of eighteen years and not a party to the within-entitled action.  I am
    employed in Santa Clara County, California, with the law firm of Bower • von Raesfeld. My business
4   address is 900 Lafayette Street, Suite 706, Santa Clara, California 95050.
         On February 20, 2018, I served upon the interested party(ies) in the action the following
5   document(s) described as:

6   **PLAINTIFF'S AMENDMENT TO COMPLAINT CORRECTING NAME OF DOE 1**

7   ☒ by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed to:

8       **SEE ATTACHED MAILING LIST**

9

10  ☒  **BY U.S. MAIL** I deposited such envelope(s), with said postage thereon fully prepaid in the
11      United States mail at a facility regularly maintained by the United States Postal Service at
        Santa Clara, California. I am "readily familiar" with the firm's practice of collecting and pro-
12      cessing correspondence for mailing. Under this practice, the envelope is deposited with the
        U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Clara,
13      California, in the ordinary course of business.
14  ☐  **BY U.S. CERTIFIED MAIL** I deposited such envelope(s), with said postage thereon fully
        prepaid in the United States mail, Certified Mail, at a facility regularly maintained by the
15      United States Postal Service at Santa Clara, California. I am "readily familiar" with the firm's
        practice of collecting and processing correspondence for mailing. Under the practice it would
16      be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid
17      at Santa Clara, California, in the ordinary course of business.
    ☐  **RETURN RECEIPT REQUESTED, U.S. MAIL**
18  ☐  **WITH CERTIFICATE OF MAILING** A certificate of mailing was obtained from the
        United States Post Office evidencing the mailing referenced above.
19  ☐  **BY FEDERAL EXPRESS** I caused such envelope(s) to be placed for FedEx collection and
20      delivery at Santa Clara, California. I am "readily familiar" with the firm's practice of col-
        lecting and processing correspondence for FedEx mailing.  Under the practice it would be
21      deposited with the FedEx Office on that same day with instructions for overnight delivery,
        fully prepaid, at Santa Clara, California, in the ordinary course of business.
22  ☐  **BY FACSIMILE** I caused transmission of the foregoing document(s) by facsimile to the
        offices of the addressee(s), and such transmission was reported as complete and without error.
23  ☐  **BY ELECTRONIC MAIL** I caused the transmission of the foregoing document(s) by elec-
        tronic mail to the offices of the addressee(s) at the e-mail addresses listed above.
24  ☐  **BY PERSONAL SERVICE** I personally delivered this envelope by hand to the offices of
25      the addressee(s) listed above, pursuant to CCP §1011, by a person apparently in charge
        thereof.
26  ☒  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the
        foregoing is true and correct.
27

28

                                PROOF OF SERVICE
                                   Page 1 of 3

**EXHIBIT A**
62

1    ☐   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court
         at whose direction the service was made.

2

     Executed on February 20, 2018, at Santa Clara, California.

3

4                                                                    _E. Durand_

5                                                          Elaine Durand

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        PROOF OF SERVICE
                                           Page 2 of 3

1

## SERVICE LIST

2

3  Erich Wise                                    *Attorneys for Defendants*
   Flynn, Delich & Wise, LLP                     TRUMP CARD, INC.; TRUMP
4  One World Trade Center, Suite 1800            HOLDINGS, INC.; TRUMP CARD
   Long Beach, CA  90831-1800                    CALIFORNIA, INC.; MAGNATE
5                                                HOLDINGS, LLC; MAGNATE
                                                 WORLDWIDE LLC; TIFLOR
6                                                TRANSPORTATION, LLC

7  Gina Beltramo                                 *Attorneys for Defendants*
   Coddington, Hicks & Danforth                  GHUMAN TRANSPORTATION
8  555 Twin Dolphin Drive, Suite 300             CORPORATION; BIRKIRAN SINGH
   Redwood City, CA  94065

9
   Nareshwar Singh Virdi                         *Attorneys for Defendant*
10 Acquest Law, Inc.                             RAPID TRUCKING, LLC
   1900 Point West Way, Suite 270
11 Sacramento, CA  95815

12 Gordon McAuley                                *Attorneys for Defendant*
   Williams & Gumbiner, LLP                      LANDSTAR EXPRESS AMERICA, INC.
13 100B Drakes Landing Road, Suite 260           (Previously named as DOE 1 Landstar
   Greenbrae, CA  94904                          Systems, Inc.)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Page 3 of 3

EXHIBIT A
64

1   Keith C. Bower, Esq. (State Bar No. 135243)
    Bower · von Raesfeld
2   (Not a Partnership)
    900 Lafayette Street, Suite 706
3   Santa Clara, CA 95050
    Telephone:  408/261-1200
4   Facsimile:  408/985-9042
    kcb@bowervonraesfeld.com
5
    Attorneys for Plaintiff
6   THE BOARD OF TRUSTEES OF THE
    LELAND STANFORD JUNIOR UNIVERSITY
7
8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 COUNTY OF SAN MATEO – UNLIMITED JURISDICTION

10  THE BOARD OF TRUSTEES OF THE          Case No.: 17CIV05727
    LELAND STANFORD JUNIOR
11  UNIVERSITY,                           DEFENDANT THE BOARD OF              BY FAX
                                          TRUSTEES OF THE LELAND
12          Plaintiff,                     STANFORD JUNIOR UNIVERSITY'S
                                          NOTICE OF DEPOSIT OF JURY FEES
13
    v.
14
    TRUMP CARD, INC. (a California
15  corporation and LLC); TIFLOR
    TRANSPORTATION, LLC (a California
16  LLC) (dba TRUMP CARD SAN DIEGO);
    TRUMP CARD HOLDINGS, INC. (a
17  California corporation and LLC); TRUMP
    CARD CALIFORNIA, INC. (a California
18  corporation and LLC); SIMPATICO, INC. (a
    California corporation); MAGNATE
19  HOLDINGS, LLC (corporate status
    unknown); MAGNATE WORLDWIDE,
20  LLC (an Illinois LLC); GHUMAN
    TRANSPORT CORPORATION (a
21  California corporation); BIRKIRAN SINGH
    (a California resident); RAPID TRUCKING,
22  LLC (a California corporation and LLC);
    TRANS XPRESS LINE, INC. (a California
23  corporation); JERMAINE MARKEES
    TURNER (a California resident); and DOES
24  1 to 50, inclusive;
25
            Defendants.
26
27
28
                                          -1-
    DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S
                           NOTICE OF DEPOSIT OF JURY FEES

**EXHIBIT A**
65

1

2          PLEASE TAKE NOTICE that Defendant THE BOARD OF TRUSTEES OF THE

3    LELAND STANFORD JUNIOR UNIVERSITY has deposited jury fees in the amount of

4    $150.00 in the above referenced case.

5                                              Respectfully Submitted,

6                                              BOWER • von RAESFELD

7

8    Dated:  December 13, 2017          by: _____

9                                              Keith C. Bower
                                               Attorney for Defendant
                                               THE BOARD OF TRUSTEES OF THE
10                                             LELAND STANFORD JUNIOR
                                               UNIVERSITY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S
NOTICE OF DEPOSIT OF JURY FEES

EXHIBIT A
66

1   Keith C. Bower, Esq. (State Bar No. 135243)

2   Bower • von Raesfeld
    (Not a Partnership)

3   900 Lafayette Street, Suite 706
    Santa Clara, CA 95050

4   Telephone:  408/261-1200
    Facsimile:  408/985-9042

5   kcb@bowervonraesfeld.com

6   Attorneys for Plaintiff
    THE BOARD OF TRUSTEES OF THE
    LELAND STANFORD JUNIOR UNIVERSITY

7

**FILED**
**SAN MATEO COUNTY**

JAN 11 2018

Clerk of the Superior Court
By _____
    DEPUTY CLERK

8       SUPERIOR COURT OF THE STATE OF CALIFORNIA

9       COUNTY OF SAN MATEO – UNLIMITED JURISDICTION

10  THE BOARD OF TRUSTEES OF THE     | **Case No.: 17 CIV 05727**

11  LELAND STANFORD JUNIOR
    UNIVERSITY,              **NOTICE OF UNAVAILABILITY**

12       Plaintiff,                       F A X E D

13

14  v.

15  TRUMP CARD, INC. (a California
    corporation and LLC); TIFLOR

16  TRANSPORTATION, LLC (a California
    LLC) (dba TRUMP CARD SAN DIEGO);

17  TRUMP CARD HOLDINGS, INC. (a
    California corporation and LLC); TRUMP

18  CARD CALIFORNIA, INC. (a California
    corporation and LLC); SIMPATICO, INC. (a

19  California corporation); MAGNATE
    HOLDINGS, LLC (corporate status

20  unknown); MAGNATE WORLDWIDE,
    LLC (an Illinois LLC); GHUMAN

21  TRANSPORT CORPORATION (a
    California corporation); BIRKIRAN SINGH

22  (a California resident); RAPID TRUCKING,
    LLC (a California corporation and LLC);

23  TRANS XPRESS LINE, INC. (a California
    corporation); JERMAINE MARKEES

24  TURNER (a California resident); and DOES
    1 to 50, inclusive;

25

26       Defendants.

27

28



17 – CIV – 05727
NUA
Notice of Unavailability of Counsel
918178

**EXHIBIT A**
**67**

RECEIVED
SAN MATEO COUNTY

JAN 1 1 2018

Clerk of the Superior Court

1 | **TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

2       **NOTICE IS HEREBY GIVEN** that commencing February 16, 2018 through and

3 incljuding February 23, 2018, KEITH C. BOWER, Esq., attorney for Plaintiff The Board of

4 Trustees of the Leland Stanford Junior University will be traveling out of the country and will

5 be unavailable for any purpose whatsoever including, but not limited to, receiving notice ofany

6 kind, responding to *ex parte* applications, appearing in court, appearing at depositions,

7 conferences or participating in trial.

8       **PLEASE BE ADVISED** that purposefully scheduling a conflicting proceeding without

9 good cause is sanctionable conduct. *See Tenderloin Housing Clinic v. Sparks,* (1992) 8

10 Cal.App.4th 299, 10 Cal.Rptr. 2nd 371.

11                                     Respectfully Submitted,

12                                       BOWER • von RAESFELD

13

14 Dated: January 8, 2018                by:_____

15                                       Keith C. Bower
                                       Attorney for Plaintiff

16                                       THE BOARD OF TRUSTEES OF THE
                                      LELAND STANFORD JUNIOR
                                      UNIVERSITY

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**
**69**

| | |
|---|---|
| 1 | Keith C. Bower, Esq. (State Bar No. 135243)<br>Bower • von Raesfeld |
| 2 | (Not a Partnership)<br>900 Lafayette Street, Suite 706 |
| 3 | Santa Clara, CA 95050<br>Telephone: 408/261-1200 |
| 4 | Facsimile:  408/985-9042<br>kcb@bowervonraesfeld.com |
| 5 | |
| 6 | Attorneys for Plaintiff<br>THE BOARD OF TRUSTEES OF THE<br>LELAND STANFORD JUNIOR UNIVERSITY |
| 7 | |

ENDORSED FILED<br>SAN MATEO COUNTY<br><br>FEB 0 6 2018<br><br>Clerk of the Superior Court<br>By ___ UNA FINAU<br>DEPUTY CLERK

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN MATEO – UNLIMITED JURISDICTION**

| | | |
|---|---|---|
| 10 | THE BOARD OF TRUSTEES OF THE | Case No.: 17 CIV 05727 |
| 11 | LELAND STANFORD JUNIOR<br>UNIVERSITY, | **PLAINTIFF THE BOARD OF** |
| 12 | | **TRUSTEES OF THE LELAND<br>STANFORD JUNIOR UNIVERSITY'S** |
| 13 | Plaintiff, | **AMENDMENT TO COMPLAINT<br>SUBSTITUTING TRUE NAMES FOR** |
| 14 | v. | **FICTITIOUS NAME**  F A X E D |
| 15 | TRUMP CARD, INC. (a California<br>corporation and LLC); TIFLOR | |
| 16 | TRANSPORTATION, LLC (a California<br>LLC) (dba TRUMP CARD SAN DIEGO); | Complaint Filed:   December 14, 2017<br>Trial Date:   TBA |
| 17 | TRUMP CARD HOLDINGS, INC. (a<br>California corporation and LLC); TRUMP | |
| 18 | CARD CALIFORNIA, INC. (a California<br>corporation and LLC); SIMPATICO, INC. (a | |
| 19 | California corporation); MAGNATE | |
| 20 | HOLDINGS, LLC (corporate status<br>unknown); MAGNATE WORLDWIDE, | |
| 21 | LLC (an Illinois LLC); GHUMAN<br>TRANSPORT CORPORATION (a | |
| 22 | California corporation); BIRKIRAN SINGH<br>(a California resident); RAPID TRUCKING, | |
| 23 | LLC (a California corporation and LLC);<br>TRANS XPRESS LINE, INC. (a California | |
| 24 | corporation); JERMAINE MARKEES | |
| 25 | TURNER (a California resident); and DOES<br>1 to 50, inclusive; | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

-1-

**PLAINTIFF THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S<br>AMENDMENT TO COMPLAINT SUBSTITUTING TRUE NAMES FOR FICTITIOUS NAME**

1      At the time of the filing of the Complaint, Plaintiff was ignorant of the true names of

2 certain defendants and stated said fact in the Complaint and designated the defendants by

3 fictitious names.   Having discovered the true names of certain defendants, Plaintiff hereby

4 amends the Complaint on file by inserting the following true names in place and instead of such

5 fictitious name wherever it appears in the Complaint pursuant to Code of Civil Procedure §474:

6     **FICTITIOUS NAME:**                  **TRUE NAME:**

7     DOE 1                           LANDSTAR SYSTEM, INC.

8     DOE 2                           PRIDE LOGISTICS

9                                          Respectfully Submitted,

10                                      BOWER • von RAESFELD

11

12 Dated: February 5, 2018                  by: _____

13                                      Keith C. Bower
                                       Attorney for Plaintiff

14                                        THE BOARD OF TRUSTEES OF THE
                                       LELAND STANFORD JUNIOR

15                                        UNIVERSITY

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S
AMENDMENT TO COMPLAINT SUBSTITUTING TRUE NAMES FOR FICTITIOUS NAME

4/20
cmc

1 | Gordon McAuley (99932)
2 | WILLIAMS & GUMBINER LLP
  | 100 Drakes Landing Road, Suite 260
  | Greenbrae, CA 94904
3 | Phone: (415) 755-1880
  | gmcauley@williamsgumbiner.com
4 |
  | Attorneys for Defendant and Cross-Complainant
5 | LANDSTAR EXPRESS AMERICA, INC.
6 |
7 |

**F I L E D**
**SAN MATEO COUNTY**

MAR 0 1 2018

Clerk of the Superior Court
By _____
DEPUTY CLERK

8 | SUPERIOR COURT OF CALIFORNIA

9 | COUNTY OF SAN MATEO

10 |

11 |

12 | THE BOARD OF TRUSTEES OF THE | Case No. 17 CIV 05727
   | LELAND STANFORD JUNIOR UNIVERSITY, |
13 | | **CROSS-COMPLAINT FOR BREACH OF**
   | Plaintiff, | **CONTRACT; EQUITABLE INDEMNITY;**
14 | | **AND CONTRIBUTION**
   | vs. |
15 | TRUMP CARD, INC., et al., | Complaint Filed: 12/14/17
   | | Trial Date: n/a
16 | Defendants. |
17 |
18 | LANDSTAR EXPRESS AMERICA, INC.
19 | Cross-Complainant,
20 | vs.
21 | GHUMAN TRANSPORT CORPORATION and
   | ROES 1 THROUGH 50,
22 |
23 | Cross-Defendants.



17 – CIV – 05727
CCMP
Cross Complaint
1006385

24 | Defendant and Cross-Complainant LANDSTAR EXPRESS AMERICA, INC.

25 | ("LANDSTAR") Cross-complains against Defendant and Cross-defendant GHUMAN

26 | TRANSPORT CORPORATION ("GHUMAN") as follows:

27 |

28 |

-1-
Cross-Complaint

**EXHIBIT A**
**72**

File By Fax

## GENERAL ALLEGATIONS

1.      At all times relevant to this lawsuit, Cross-Complainant LANDSTAR was and is a corporation authorized to do and doing business within the State of California.

2.      At all times relevant herein, Cross-Defendant GHUMAN, was a corporation, authorized to and doing business within the State of California.

3.      That the true names and capacities, whether individual, corporate, associate or otherwise, of cross-defendants ROES 1 through 50, inclusive, and each of them, are unknown to this Cross-Complainant who, therefore, sues said cross-defendants by such fictitious names, and, Cross-Complainant prays that when the true names and capacities are ascertained, it may have leave to file its amendment as to the true names and capacities together with appropriate charging allegations.

4.      Cross-Complainant LANDSTAR is informed and believes and thereon alleges that at all times herein mentioned each of the Cross-Defendants was the agent and/or employee of the remaining Cross-Defendants, and each of them, and in doing the acts hereafter alleged, were acting within the course and scope of such agency and/or employment and/or with the permission and/or consent the remaining Cross-Defendants, and each of them.

5.      Cross-Complainant LANDSTAR has been named a party defendant in the Complaint pending in the San Mateo County Superior Court, Action Number 17CIV 05727.

6.      In its Complaint Plaintiff alleges loss or damage to cargo transported in interstate commerce by Cross-Defendant GHUMAN, or its agents or assigns, due to a traffic accident occurring on or about January 24, 2017. Plaintiff asserts the alleged cargo loss or damage occurred due to the negligence or breach of contract of GHUMAN, and others, including Cross-Complainant LANDSTAR.

7.      LANDSTAR, as a freight broker, and upon request of other parties, assigned the carriage of the subject cargo to GHUMAN pursuant to a written contract between LANDSTAR and GHUMAN. LANDSTAR never had actual or constructive possession of the subject cargo.

EXHIBIT A
73

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FIRST CAUSE OF ACTION

## BREACH OF WRITTEN CONTRACT

8.    Cross-Complainant LANDSTAR realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 7, above, as if fully set forth herein.

9.    On or about October 3, 2016 LANDSTAR and GHUMAN entered into a written broker/carrier agreement ("Agreement") by which LANDSTAR, as a freight broker agreed to assign, and GHUMAN, as a licensed interstate motor carrier agreed to transport, cargo shipments.

10.    The material provisions of that Agreement include GHUMAN's agreement to defend, indemnify, and hold LANDSTAR harmless from and against all loss, liability, judgments damages, claims, fines, costs or expense, including reasonable attorney's fees, arising out of or in any way related to, GHUMAN's performance of its obligations under the Agreement.

11.    After the alleged cargo loss or damage claim described in Paragraph 6, above, LANDSTAR demanded that GHUMAN pay the alleged cargo loss and damage claim, and to defend, indemnify and hold harmless LANDSTAR from those claims asserted by Plaintiff in its Complaint.

12.    LANDSTAR has fully performed all conditions, covenants, and promises to be performed on its part under the Agreement.

13.    GHUMAN has refused, and continues to refuse, to defend, indemnify and hold LANDSTAR harmless from such claims, in violation and breach of the written terms of the Agreement.

14.    As a proximate result of GHUMAN's breach of the Agreement, as herein alleged, LANDSTAR has been damaged in an amount to be proven at trial.

WHEREFORE, LANDSTAR prays for relief as set for below.

## SECOND CAUSE OF ACTION

## EQUITABLE INDEMNITY

15.    LANDSTAR re-alleges and reincorporates each and every allegation contained in the General Allegations, and all previous paragraphs of each preceding cause of action of this Cross-Complaint, as if fully set forth herein.

-3-

Cross-Complaint

**EXHIBIT A**

**74**

16.    LANDSTAR is informed and believes and thereon alleges that GHUMAN, and each Cross-Defendant designated herein as a ROE Cross-Defendant, is negligently, statutorily, vicariously, or otherwise legally responsible in some manner for the claims and damages asserted by Plaintiff in its underlying Complaint, and incorporated herein  expressly by reference for the · purpose of stating this cause of action only, alleges LANDSTAR caused and contributed to the damages alleged by Plaintiff.  LANDSTAR denies that it either caused or contributed to those alleged damages. If, however, it is found that LANDSTAR is responsible under the law for any of the allegations contained the complaint, then LANDSTAR is informed and believes and thereon alleges that the acts and/or omissions Cross-Defendants, and each of them, proximately caused and contributed to the damages alleged by Plaintiff.

17.    While LANDSTAR denies it either caused or contributed to the damages described in Plaintiff's Complaint, LANDSTAR alleges that if plaintiff was injured as alleged, LANDSTAR's liability for such injuries was passive, secondary and derivative in nature, and the conduct attributable to Cross-Defendants, and each of them, was the direct, active and primary cause of LANDSTAR'S exposure, if any, to liability to Plaintiff herein.

18.    Because of the foregoing, in equity and good conscience, LANDSTAR is entitled to indemnity form Cross-Defendants, and each of them, for the claims and damages alleged in Plaintiff's Complaint.

19.    Because of the foregoing, in equity and good conscience, LANDSTAR is also entitled to recover from Cross-Defendants, and each of them, LANDSTAR'S costs of defending the principal action and in prosecuting this Cross-Complaint, including actual attorneys' fees and costs.

20.    LANDSTAR therefore seeks partial or equitable or total indemnity against Cross-Defendants, and each of them, assume the defense of LANDSTAR, taking such steps as are proper to protect the interests of LANDSTAR including payment of all expenses and judgment against LANDSTAR.

21.    LANDSTAR necessarily retained the law firm WILLIAMS & GUMBINER LLP to defend this action and prosecute this Cross-Complaint herein, and has incurred legal fees, court

EXHIBIT A
75

1  costs and discovery costs, and will in the future incur further costs, in an amount according to

2  proof.

3       WHEREFORE, LANDSTAR prays for relief as set for below.

4

5                           **THIRD CAUSE OF ACTION**

6                              **CONTRIBUTION**

7       22.    LANDSTAR re-alleges and reincorporates each and every allegation contained in

8  the General Allegations, and all previous paragraphs of each preceding cause of action of this

9  Cross-Complaint, as if fully set forth herein.

10      23.    Cross-Defendants, and each of them, owe a duty of indemnification or

11  contribution to LANDSTAR for any judgment obtained against LANDSTAR in proportion to the

12  percentage of fault, negligence, breach of duty of due care, or other tortuous conduct attributable

13  to Cross-Defendants, and each of them, for the acts and omissions stated above.

14      24.    LANDSTAR, therefore, seeks full or partial equitable indemnity or contribution

15  from Cross-Defendants, and each of them, in an amount equal to a portion of any judgment

16  obtained against LANDSTAR in proportion to the percentage of fault, negligence, breach of duty

17  or due care or other tortuous conduct attributable to Cross-Defendants, and each of them.

18      WHEREFORE, LANDSTAR prays for relief as set for below.

19                              **PRAYER FOR RELIEF**

20      1.  For general damages according to proof;

21      2.  For special damages according to proof;

22      3.  For LANDSTAR'S expenses and costs, including attorneys' fees, incurred in this

23          litigation;

24      4.  For such other and further relief as this court deems just and proper.

25  DATED: March 1, 2018                    WILLIAMS & GUMBINER LLP

26                                          _____

27                                          Gordon McAuley
                                            Attorneys for Defendant and Cross-
28                                          Complainant LANDSTAR EXPRESS
                                            AMERICA, INC.

                                        -5-
                                   Cross-Complaint

**PROOF OF SERVICE**

Case Name:          The Board of Trustees of the Leland Stanford Junior University
                    San Mateo Superior NO: 17 CIV05727

    I, the undersigned, under penalty of perjury, declare that I am a citizen of the United States, over the age of 18 years and not a party to the within entitled cause of action. My business address is 100 Drakes Landing Road, Suite 260, Greenbrae, California 94904, and I am employed in Marin County, California. On **March 1, 2018**, I served a true copy of:

**ANSWER OF LANDSTAR EXPRESS AMERICA, INC.**

**CROSS-COMPLAINT FOR BREACH OF CONTRACT; EQUITABLE INDEMNITY; AND CONTRIBUTION**

    I caused to be served said document on the following parties involved as follows:

Keith C. Bower, Esq.
Bower Von Raesfeld
900 Lafayette Street, Suite 706
Santa Clara, CA  95050
408/261-1200
Fax: 408/985-9042
kcb@bowervonraesfeld.com
Attorney for Plaintiff

| | | |
|---|---|---|
| | **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m. | |
| X | **By First Class Mail** by depositing sealed envelopes in the United States mail at Greenbrae, California with postage fully prepaid. | |
| | **E-Service**: via File & ServeXpress. | |
| | **By Personal Delivery**: I caused each such envelope above to be delivered by hand to the office of each addressee noted. | |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on **March 1, 2018**, at Greenbrae, California.

Victoria Fedoroff

\\SBSSERVER\RedirectedFolders\Vicki Fedoroff\My Documents\POS Fedoroff.doc

1

4/20
CMC

1 | Gordon McAuley (99932)
2 | WILLIAMS & GUMBINER LLP
  | 100 Drakes Landing Road, Suite 260
  | Greenbrae, CA 94904
3 | Phone: (415) 755-1880
  | gmcauley@williamsgumbiner.com
4 |
  | Attorneys for Defendant
5 | LANDSTAR EXPRESS AMERICA, INC.

**FILED**
**SAN MATEO COUNTY**

MAR 0 1 2018

Clerk of the Superior Court
By _____
        DEPUTY CLERK

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                        COUNTY OF SAN MATEO

10

11 | THE BOARD OF TRUSTEES OF THE          | Case No. 17 CIV 05727
    | LELAND STANFORD JUNIOR UNIVERSITY,    |
12 |                                        | **ANSWER OF LANDSTAR EXPRESS**
    |              Plaintiff,                | **AMERICA, INC.**
13 |                                        |
    |        vs.                            |
14 |                                        |
    | TRUMP CARD, INC., et al.,             | Complaint Filed: 12/14/17
15 |                                        | Trial Date: n/a
    |              Defendants.              |
16 |                                        |

17

18 | Defendant LANDSTAR EXPRESS AMERICA, INC. answers Plaintiff THE BOARD OF

19 | TRUSTEES OF THE LELAND STANDORD JUNIOR UNIVERSITY'S unverified complaint as

20 | follows:

21 | Except as expressly admitted, pursuant to Section 431.30(d) of the California Code of

22 | Civil Procedure, Defendant generally denies each and every allegation in the Complaint.

23 | Defendant further denies, both generally and specifically, that Plaintiff is, has been, or will be

24 | damaged as otherwise alleged by any act or omission of Defendant, or that Plaintiff is, or will be,

25 | entitled to any relief against Defendant, either as alleged or otherwise.

26

27

28

17 – CIV – 05727
ARDU
Answer (Unlimited)
1006356

-1-
Answer

**EXHIBIT A**
**78**

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. The Complaint, and each cause of action therein, fails to state a cause of action against this Answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

2. The Complaint, and each cause of action therein, is barred by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

3. The Complaint, and each cause of action therein, is barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

4. The Complaint, and each cause of action therein, is barred by the doctrine of Unclean Hands.

### FIFTH AFFIRMATIVE DEFENSE

5. The Complaint, and each cause of action therein, is barred by the contracts between the parties, including without limitation, Plaintiff's contracts with each Defendant.

### SIXTH AFFIRMATIVE DEFENSE

6. The Complaint, and each cause of action therein, is barred by Defendant Ghuman Transport Company's breach of contract.

### SEVENTH AFFIRMATIVE DEFENSE

7. The Complaint, and each cause of action therein, is barred by the principal of equitable indemnity.

### EIGHTH AFFIRMATIVE DEFENSE

8. The Complaint, and each cause of action therein, is barred by the principal of payment.

### NINTH AFFIRMATIVE DEFENSE

9. Defendant denies that Plaintiff was damaged in the amount alleged in its Complaint, or in any amount at all.

-2-
Answer

1                                 **TENTH AFFIRMATIVE DEFENSE**

2           10.     Plaintiff had full knowledge of all risks involved in its actions, and voluntarily

3 assumed the risk of the injury and damage of which it complains.

4                          **ELEVENTH AFFIRMATIVE DEFENSE**

5           11.     Plaintiff's injuries, if any, were caused or contributed to by the carelessness,

6 negligence, or fault of persons or entities other than this responding Defendant.

7                          **TWELFTH AFFIRMATIVE DEFENSE**

8           12.     The legal determination of the rights and obligations between the parties is subject

9 to state law, rather than federal law.

10                       **THIRTEENTH AFFIRMATIVE DEFENSE**

11           13.     Plaintiff's damages, if any, are limited by the Carmack Amendment to the

12 Interstate Commerce Act, 49 U.S.C. Section 14707.

13                       **FOURTEENTH AFFIRMATIVE DEFENSE**

14           14.     Plaintiff's damages, if any, are limited by contractual agreement.

15                       **FIFTEENTH AFFIRMATIVE DEFENSE**

16           15.     Defendant performed all obligations owed to Plaintiff, except those obligations

17 Defendant was prevented or excused from performing by the acts and or omissions of Plaintiff, or

18 other persons.

19

20                       **SIXTEENTH AFFIRMATIVE DEFENSE**

21           16.     Defendants are informed and believe that they complied with the instructions of

22 Plaintiffs where applicable for the services at issue.

23                     **SEVENTEENTH AFFIRMATIVE DEFENSE**

24           17.     Defendants reserve the right to assert additional affirmative defenses in the event that

25 additional defenses become apparent during the course of this litigation.

26

27

28

1  **WHEREFORE**, DEFENDANT prays for judgment as follows:

2    1.    That Plaintiff take nothing by way of its Complaint, and judgment re rendered in

3          favor of Defendant;

4    2.    Defendant be awarded attorney fees and costs of suit herein;

5    3.    For such other and further relief as the Court deems just and proper.

6

7  DATED: March 1, 2018                         WILLIAMS & GUMBINER LLP

8

9

10                                              Gordon McAuley
                                                Attorneys for Defendant
11                                              LANDSTAR EXPRESS AMERICA, INC.

12  G:\CLIENT DOCUMENTS\Landstar Express\Pleadings\Complaint, Answers and XCs\2018-02-27 Answer.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-
Answer

1                          **PROOF OF SERVICE**

2   Case Name:         The Board of Trustees of the Leland Stanford Junior University

3                     San Mateo Superior NO: 17 CIV05727

4      I, the undersigned, under penalty of perjury, declare that I am a citizen of the United States, over the age of 18 years and not a party to the within entitled cause of action. My business address

5 is 100 Drakes Landing Road, Suite 260, Greenbrae, California 94904, and I am employed in Marin County, California. On **March 1, 2018**, I served a true copy of:

6

7            **ANSWER OF LANDSTAR EXPRESS AMERICA, INC.**

8   **CROSS-COMPLAINT FOR BREACH OF CONTRACT; EQUITABLE INDEMNITY; AND**

9                         **CONTRIBUTION**

10

11      I caused to be served said document on the following parties involved as follows:

12   Keith C. Bower, Esq.
    Bower Von Raesfeld

13   900 Lafayette Street, Suite 706
    Santa Clara, CA 95050

14   408/261-1200
    Fax: 408/985-9042

15   kcb@bowervonraesfeld.com
    Attorney for Plaintiff

16

17

| | | |
|---|---|---|
| | | **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m. |
| | X | **By First Class Mail** by depositing sealed envelopes in the United States mail at Greenbrae, California with postage fully prepaid. |
| | | **E-Service:** via File & ServeXpress. |
| | | **By Personal Delivery:** I caused each such envelope above to be delivered by hand to the office of each addressee noted. |

24      I declare under penalty of perjury under the laws of the State of California that the foregoing

25 is true and correct and that this declaration is executed on **March 1, 2018**, at Greenbrae, California.

26

27                                   Victoria Fedoroff

\\SBSSERVER\RedirectedFolders\Vicki Fedoroff\My Documents\POS Fedoroff.doc

28

1

**EXHIBIT A**

82

1    Keith C. Bower, Esq. (State Bar No. 135243)
     Bower · von Raesfeld
2    (Not a Partnership)
     900 Lafayette Street, Suite 706
3    Santa Clara, CA 95050
     Telephone:  408/261-1200
4    Facsimile:  408/985-9042
     kcb@bowervonraesfeld.com
5
     Attorneys for Plaintiff
6    THE BOARD OF TRUSTEES OF THE
     LELAND STANFORD JUNIOR UNIVERSITY
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              COUNTY OF SAN MATEO – UNLIMITED JURISDICTION

10   THE BOARD OF TRUSTEES OF THE          Case No.: 17 CIV 05727
     LELAND STANFORD JUNIOR
11   UNIVERSITY,                           **PLAINTIFF THE BOARD OF
                                           TRUSTEES OF THE LELAND
12            Plaintiff,                   STANFORD JUNIOR UNIVERSITY'S
                                           STATEMENT OF DAMAGES**
13
     v.
14
     TRUMP CARD, INC. (a California
15   corporation and LLC); TIFLOR          Complaint Filed:  December 14, 2017
     TRANSPORTATION, LLC (a California      Trial Date:    TBA
16   LLC) (dba TRUMP CARD SAN DIEGO);
     TRUMP CARD HOLDINGS, INC. (a
17   California corporation and LLC); TRUMP
     CARD CALIFORNIA, INC. (a California
18   corporation and LLC); SIMPATICO, INC. (a
     California corporation); MAGNATE
19   HOLDINGS, LLC (corporate status
     unknown); MAGNATE WORLDWIDE,
20   LLC (an Illinois LLC); GHUMAN
     TRANSPORT CORPORATION (a
21   California corporation); BIRKIRAN SINGH
     (a California resident); RAPID TRUCKING,
22   LLC (a California corporation and LLC);
     TRANS XPRESS LINE, INC. (a California
23   corporation); JERMAINE MARKEES
     TURNER (a California resident); and DOES
24   1 to 50, inclusive;
25
              Defendants.
26
27
28
                                          -1-
     PLAINTIFF THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S
                              STATEMENT OF DAMAGES

1    Plaintiff, The Board of Trustees of the Leland Stanford Junior University, hereby

2    submits the following statement of damages:

3    Property damage to magnetic undulator:                                    $350,000.00

4    Loss of use of magnetic undulator:                                        $150,000.00

5    Redesign costs due to damage to equipment:                               $ 95,000.00

6    Towing of magnetic undulator to Chicago for repair after accidents:      $  3,500.00

7    Prejudgment interest (at 10%) from date of accident :                    $36,000.00/year
                                                                              and growing
8
     Attorneys' fees:                                                         $200,000.00
9
10   Total damages (excluding costs of suit and post judgment interest):      $834,500.00

                                              Respectfully Submitted,
11
                                       BOWER • von RAESFELD
12

13   Dated:  February 6, 2018          by:

14                                         Keith C. Bower
                                           Attorney for Plaintiff
15                                         THE BOARD OF TRUSTEES OF THE
                                           LELAND STANFORD JUNIOR
16                                         UNIVERSITY

17

18

19

20

21

22

23

24

25

26

27

28                                         -2-
     PLAINTIFF THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S
                              STATEMENT OF DAMAGES

**SUM-110**

# SUMMONS
## Cross-Complaint
### (CITACION JUDICIAL–CONTRADEMANDA)

4/12
Cmc

**NOTICE TO CROSS-DEFENDANT:**
**(AVISO AL CONTRA-DEMANDADO):** GHUMAN TRANSPORT
CORPORATION and ROES 1 THROUGH 50,

**YOU ARE BEING SUED BY CROSS-COMPLAINANT:**
**(LO ESTÁ DEMANDANDO EL CONTRADEMANDANTE):**
LANDSTAR EXPRESS AMERICA, INC.

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SAN MATEO COUNTY

MAR 01 2018

Clerk of the Superior Court
By _____
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the cross-complainant. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por esqrito en esta corte y hacer que se entregue una copia al contrademandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br>Superior Court of California, County of San Mateo<br>400 County Center<br>Redwood City, CA 94063 | SHORT NAME OF CASE (from Complaint / Nombre de Caso):<br><br>CASE NUMBER: (Número del Caso):<br>17CIV05727 |

The name, address, and telephone number of cross-complainant's attorney, or cross-complainant without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del contrademandante, o del contrademandante que no tiene abogado, es):
Williams & Gumbiner LLP
100 Drakes Landing Road, Suite 260, Greenbrae, CA 94904                                415-755-1880

| DATE:<br>(Fecha) MAR 01 2018 | RODINA M. CATALANO | Clerk, by<br>(Secretario) | , Deputy<br>(Adjunto) |
|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons (POS-010).)

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual cross-defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

[SEAL]

17 – CIV – 05727
SCCOMP
Summons Cross – Complaint for Civil Division
1006397

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-110 [Rev. July 1, 2009]

**SUMMONS—CROSS-COMPLAINT**

Code of Civil Procedure, §§ 412.20, 428.60, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

**EXHIBIT A**
85

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** TRUMP CARD, INC., (a California corporation and
**(AVISO AL DEMANDADO):** LLC); SEE ATTACHMENT
SUM-200(A) FOR ADDITIONAL DEFENDANTS

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ENDORSED FILED
SAN MATEO COUNTY**

DEC 1 4 2017

Clerk of the Superior Court
By UNA FINAU
DEPUTY CLERK

**YOU ARE BEING SUED BY PLAINTIFF:** THE BOARD OF TRUSTEES OF
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** THE LELAND STANFORD
JUNIOR UNIVERSITY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

**¡AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| CASE NUMBER: (Número del Caso): |
| --- |
| 17 C I V 0 5 7 2 7 |

The name and address of the court is:
(El nombre y dirección de la corte es):
Superior Court of California, County of San Mateo
400 County Center
Redwood City, California 94063

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: KEITH C. BOWER, ESQ.
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

Bower von Rezzfeld
900 Lafayette Street, Suite 706, SANTA CLARA, CA 95050          408-261-1200

DATE: DEC 1 4 2017          Clerk, by RODINA M. CATALANO, Deputy
(Fecha)          (Secretario) (Adjunta)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):
   *Magnetic Holdings, LLC (corporate status unknown)*
3. [x] on behalf of (specify): *Magnetic Holdings, LLC (corporate status unknown)*

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [x] other (specify): *415.95 Business Organization form Unknown*

4. [x] by personal delivery on (date):

SUMMONS

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Page 1 of 1

**EXHIBIT A**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** TRUMP CARD, INC., (a California corporation and
**(AVISO AL DEMANDADO):** LLC); SEE ATTACHMENT
SUM-200(A) FOR ADDITIONAL DEFENDANTS

**YOU ARE BEING SUED BY PLAINTIFF:** THE BOARD OF TRUSTEES OF
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** THE LELAND STANFORD
JUNIOR UNIVERSITY

*FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)*

**ENDORSED FILED
SAN MATEO COUNTY**

DEC 1 4 2017

Clerk of the Superior Court
By UNA FINAU
Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Mateo<br>400 County Center<br>Redwood City, California 94063 | **CASE NUMBER:**<br>*(Número del caso):*<br>**17 C I V 0 5 7 2 7** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: KEITH C. BOWER, ESQ.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Bower von Reasfeld
900 Lafayette Street, Suite 706, SANTA CLARA, CA 95050                     408-261-1200

| DATE: **DEC 1 4 2017** | Clerk, by | UNA FINAU | , Deputy |
|---|---|---|---|
| *(Fecha)* RODINA M. CATALANO | *(Secretario)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☑ on behalf of (specify): Magnate Worldwide, LLC (an Illinois LLC)

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☑ other (specify): LLC
4. ☑ by personal delivery on (date):

SUMMONS

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**EXHIBIT A
87**

**SUM-200(A)**

| SHORT TITLE: STANFORD UNIVERSITY v. TRUMP CARD, INC., et al. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties (Check only one box. Use a separate page for each type of party.):

☐ Plaintiff    ☒ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

TIFLOR TRANSPORTATION, LLC (a California LLC) (dba TRUMP CARD SAN DIEGO); TRUMP CARD HOLDINGS, INC. (a California corporation and LLC); TRUMP CARD CALIFORNIA, INC. (a California corporation and LLC); SIMPATICO, INC. (a California corporation; MAGNATE HOLDINGS, LLC (corporate status unknown); MAGNATH WORLDWIDE, LLC (an Illinois LLC); GHUMAN TRANSPORT CORPORATION (a California corporation); BIRKIRAN SINGH (a California resident); RAPID TRUCKING LLC (a California corporation and LLC); TRANS XPRESS LINE, INC. (a California corporation); JERMAINE MARKEES TURNER (a California resident); and DOES 1 to 50, inclusive

Page ___1___ of ___1___

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Westlaw Doc & Form Builder

**EXHIBIT A**
**88**

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT: TRUMP CARD, INC., (a California corporation and
*(AVISO AL DEMANDADO):* LLC); SEE ATTACHMENT
SUM-200(A) FOR ADDITIONAL DEFENDANTS

YOU ARE BEING SUED BY PLAINTIFF: THE BOARD OF TRUSTEES OF
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* THE LELAND STANFORD
JUNIOR UNIVERSITY

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ENDORSED FILED**
SAN MATEO COUNTY

DEC 1 4 2017

Clerk of the Superior Court
by UNA FINAU
DEPUTY CLERK

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Mateo<br>400 County Center<br>Redwood City, California  94063 | CASE NUMBER:<br>*(Número del Caso):*<br>**17CIV05727** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: KEITH C. BOWER, ESQ.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Bower van Reafeld
900 Lafayette Street, Suite 700, SANTA CLARA, CA 95050          408-261-1200

| DATE: **DEC 1 4 2017** | Clerk, by | | Deputy |
|---|---|---|---|
| *(Fecha)* RODINA M. CATALANO | *(Secretario)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify): *(dba Trump Card San Diego)*
3. ☑ on behalf of (specify): Tiflar Transportation LLC (a California LLC)(dba Trump Card San Diego)
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
            ☑ other (specify): LLC
4. ☑ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
SUMMONS
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Page 1 of 1

**EXHIBIT A**
**89**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT: TRUMP CARD, INC., (a California corporation and
(AVISO AL DEMANDADO): LLC); SEE ATTACHMENT
SUM-200(A) FOR ADDITIONAL DEFENDANTS

YOU ARE BEING SUED BY PLAINTIFF: THE BOARD OF TRUSTEES OF
(LO ESTÁ DEMANDANDO EL DEMANDANTE): THE LELAND STANFORD
JUNIOR UNIVERSITY

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ENDORSED FILED**
**SAN MATEO COUNTY**

DEC 1 4 2017

Clerk of the Superior Court
By **UNA FINAU**
DEPUTY CLERK

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es):
Superior Court of California, County of San Mateo
400 County Center
Redwood City, California 94063

CASE NUMBER:
(Número del Caso):
**17CIV05727**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: KEITH C. BOWER, ESQ.
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

Bower on Reasefeld
900 Lafayette Street, Suite 706, SANTA CLARA, CA 95050

408-261-1200

DATE: DEC 1 4 2017                          Clerk, by                          , Deputy
(Fecha)        RODINA M. CATALANO    (Secretario)                          (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):
3. [✓] on behalf of (specify): Trump Card California, Inc. (a California Corporation & LLC

under: [✓] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
       [✓] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
       [✓] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
       [✓] other (specify):
4. [ ] by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**EXHIBIT A**
**90**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY |
|---|---|
| | (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:** TRUMP CARD, INC., (a California corporation and
*(AVISO AL DEMANDADO):* LLC); SEE ATTACHMENT
SUM-200(A) FOR ADDITIONAL DEFENDANTS

**ENDORSED FILED**
**SAN MATEO COUNTY**

DEC 1 4 2017

Clerk of the Superior Court
by UNA FINAU
DEPUTY CLERK

**YOU ARE BEING SUED BY PLAINTIFF:** THE BOARD OF TRUSTEES OF
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* THE LELAND STANFORD
JUNIOR UNIVERSITY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 o más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER: |
|---|---|
| The name and address of the court is: | (Número del Caso): |
| (El nombre y dirección de la corte es): | 17CIV05727 |

Superior Court of California, County of San Mateo
400 County Center
Redwood City, California 94063

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: KEITH C. BOWER, ESQ.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Bower van Rossefeld                                                         408-261-1200
900 Lafayette Street, Suite 706, SANTA CLARA, CA 95050

| DATE: DEC 1 4 2017 | Clerk, by | UNA Finau | Deputy |
|---|---|---|---|
| (Fecha) | RODINA M. CATALANO (Secretario) | | (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [✓] on behalf of *(specify):* Trump Card Holdings, Inc (a California Corporation & LLC

   under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)      [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
   [✓] other *(specify):* LLC

4. [✓] by personal delivery on *(date):* 12/8

| | | Page 1 of 1 |
|---|---|---|
| Form Adopted for Mandatory Use | SUMMONS | Code of Civil Procedure §§ 412.20, 465 |
| Judicial Council of California | | www.courtinfo.ca.gov |
| SUM-100 [Rev. July 1, 2009] | | |

**EXHIBIT A**
**91**

SUM-100

**SUMMONS**
*(CITACION JUDICIAL)*

NOTICE TO DEFENDANT: TRUMP CARD, INC., (a California corporation and
*(AVISO AL DEMANDADO):* LLC); SEE ATTACHMENT
SUM-200(A) FOR ADDITIONAL DEFENDANTS

YOU ARE BEING SUED BY PLAINTIFF: THE BOARD OF TRUSTEES OF
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* THE LELAND STANFORD
JUNIOR UNIVERSITY

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED FILED**
SAN MATEO COUNTY

DEC 1 4 2017

Clerk of the Superior Court
By UNA FINAU
DEPUTY CLERK

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| CASE NUMBER:
*(Número del Caso)*: **17C I V 0 5 7 2 7** |

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Mateo
400 County Center
Redwood City, California 94063

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: KEITH C. BOWER, ESQ.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Bower von Rosenfeld                                                          408-261-1200
900 Lafayette Street, Suite 706, SANTA CLARA, CA 95050

DATE:                              Clerk, by,                                   , Deputy
*(Fecha)* DEC 1 4 2017 RODINA M. CATALANO *(Secretario)*                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify): (a California Corporation and LLC)
3. [ ] on behalf of (specify): Trump Card, Inc.
   under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other (specify): LLC
4. [ ] by personal delivery on (date): 1/8

SUMMONS

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Page 1 of 1