UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>TRUMP CARD, INC., et al.,<br><br>Defendants. | Case No. 18-cv-01497-RS<br><br>**ORDER GRANTING CROSS-DEFENDANT GILA MOUNTAIN TOWING AND RECOVERY, INC.'S MOTION TO DISMISS TRANS XPRESS LINE, INC. AND JERMAINE MARKEES TURNER'S AMENDED CROSS-COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |

The Motion of Cross-Defendant Gila Mountain Towing and Recovery, Inc. to Dismiss Trans Xpress Line, Inc. and Jermaine Markees Turner's Amended Cross-Complaint For Lack of Personal Jurisdiction was duly considered and heard by the Court. Both Trans Xpress Line and Turner failed to appeared in court, and, contrary to the local rules of the court, see Local Rule 7-3(b), neglected to file any response to the motion. Accordingly, this motion is granted both on the absence of personal jurisdiction in this Court over the Cross-Defendant and for Trans Xpress Line and Turner's failure to appear.

**IT IS SO ORDERED**.

Dated: September 6, 2018

RICHARD SEEBORG
United States District Judge